| | |
|---|---|
| 1   Matthew Borden, Esq. (SBN: 214323)<br>    borden@braunhagey.com<br>2   J. Noah Hagey, Esq. (SBN: 262331)<br>    hagey@braunhagey.com<br>3   Kory J. DeClark, Esq. (SBN: 310571)<br>    declark@braunhagey.com<br>4   Greg Washington, Esq. (SBN: 318796)<br>    gwashington@braunhagey.com<br>5   BRAUNHAGEY & BORDEN LLP<br>    747 Front Street, 4th Floor<br>6   San Francisco, CA 94111<br>    Telephone: (415) 599-0210<br><br>7   Kevin Opoku-Gyamfi, Esq.<br>8   (*pro hac vice* forthcoming)<br>    opokugyamfi@braunhagey.com<br>9   BRAUNHAGEY & BORDEN LLP<br>    118 W. 22nd Street, 12th Floor<br>10   New York, NY 10011<br>    Telephone: (646) 829-9403<br>11<br>    [Additional counsel on next page]<br>12<br>    *Attorneys for Plaintiffs*<br>13   *Los Angeles Press Club, NewsGuild-*<br>    *Communications Workers of America,*<br>14   *Sean Beckner-Carmitchel, Ryanne*<br>    *Mena, Lexis-Olivier Ray, Charles Xu,*<br>15   *Benjamin Adam Climber, and Abigail*<br>    *Olmeda* | Peter J. Eliasberg, Esq. (SBN: 189110)<br>  peliasberg@aclusocal.org<br>Jonathan Markovitz, Esq. (SBN: 301767)<br>  jmarkovitz@aclusocal.org<br>Adrienna Wong, Esq. (SBN: 282026)<br>  awong@aclusocal.org<br>Meredith Gallen, Esq. (SBN: 291606)<br>  mgallen@aclusocal.org<br>Summer Lacey, Esq. (SBN: 308614)<br>  slacey@aclusocal.org<br>Jacob Reisberg, Esq. (SBN: 329310)<br>  jreisberg@aclusocal.org<br>ACLU FOUNDATION OF SOUTHERN<br>CALIFORNIA<br>1313 W 8th Street, Ste 200<br>Los Angeles, CA 90017<br>Telephone: (213) 977-9500<br><br>Peter Bibring, Esq. (SBN: 223981)<br>  peter@bibringlaw.com<br>Law Office of Peter Bibring<br>2140 W Sunset Blvd # 203<br>Los Angeles, CA 90026<br>Telephone: (213) 471-2022 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, a municipal entity, JIM MCDONNELL, LAPD CHIEF, sued in his official capacity,<br><br>    Defendants. | Case No. 2:25-cv-05423-HDV-E<br><br>**NOTICE OF PENDENCY OF RELATED ACTION [CIVIL L.R. 83-1.4]** |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

Pursuant to Local Rule 83-1.4.1, Plaintiffs respectfully submit this Notice of Pendency of Other Actions or Proceedings to notify the Court that this case is related to a later-filed case before the Honorable Stephen V. Wilson, Los Angeles Press Club, *et. al.*, v. Noem, Case No. 2:25-CV-05563. The related case seeks injunctive relief against the Department of Homeland Security for dispersing reporters and legal observers and using excessive force at the same protests at issue in this proceeding. Plaintiffs believe the matters are related because they involve the same protests, the same First Amendment issues regarding whether it is appropriate to disperse reporters and people who are not posing any threat to law enforcement, the same excessive force issues, and similar issues of fact. While the cases involve different agencies, relating matters will reduce the possibility that the respective defendants will attempt to blame each other in a classic "empty chair" defense. This case easily meets the liberal standard of L.R. 83-1.3.1 and would serve its goals of creating judicial economy and preventing the possibility of inconsistent rulings. Attached as Exhibits 1-3 are copies of the Notice of Related Case, Opposition, and Reply that have been filed before Judge Wilson, which further explain why these matters should be related.

Dated: June 23, 2025

BRAUNHAGEY & BORDEN LLP

By: */s/ Matthew Borden*
    Matthew Borden

*Attorneys for Plaintiffs Los Angeles Press Club, NewsGuild-Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climber, and Abigail Olmeda*

1   Case No. 2:25-cv-05423-HDV-E
NOTICE OF PENDENCY OF RELATED ACTION