Carol A Sobel SBN 84483
Weston Rowland SBN 327599
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
t. (310) 393-3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

David Loy SBN 229235
Aaron R. Field SBN 310648
First Amendment Coalition
534 4th St., Suite B
San Rafael, CA 94901
t. (415) 460-5060
e. dloy@firstamendmentcoalition.org
e. afield@firstamendmentcoalition.org

Peter Bibring, SBN 223981
Law Office of Peter Bibring
2140 W. Sunset Blvd. #203
Los Angeles, CA 90026
t. (213) 471-2022
e. peter@bibringlaw.com

Paul Hoffman, SBN 71244
Michael Seplow, SBN 150183
John Washington, SBN 315991
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, California 90254
t.(310) 396-0731
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. jwashington@sshhlaw.com

Susan E Seager SBN 204824
Law Office of Susan Seager
128 N. Fair Oaks Avenue
Pasadena, CA 91103
t. (310) 890-8991
e. susanseager1999@gmail.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, JIM McDONNELL, LAPD CHIEF, sued in his official capacity;<br><br>Defendants. | Case No. 25-cv-05423 HDV-E<br><br>**NOTICE OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>Date: TBD<br>Time: TBD<br>Ctrm: 5B Hon. Hernan D. Vera |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that for the reasons fully explained in the accompanying Memorandum of Points and Authorities, Plaintiffs hereby make this ex parte application for a temporary restraining order and order to show cause why a preliminary injunction should not issue; or, in the alternative, for an order to show cause on a shortened briefing schedule. This application is based on Fed. Rule of Civ. Proc. 65, Local Rule 65-1, and the First, Fourth, and Fourteenth Amendments to the United States Constitution, sections 409.7 and 13652 of California Penal Code and section 52.1 of the California Civil Code. Plaintiffs support this application with the accompanying memorandum of law, declarations and exhibits submitted in support thereof.

As further described in the complaint, memorandum and proposed order submitted with this application, Plaintiffs hereby seek an emergency order directing Defendants City of Los Angeles and Los Angeles Police Department Chief Jim McDonnell (collectively "LAPD") to comply with California Penal Code sections 409.7 and 13652, including by not dispersing, citing, arresting, or assaulting journalists present at any demonstration, march, protest, or assembly involing activity protected by the First Amendment to the United States Constitution and/or Article I of the California Constitution, not using less-lethal munitions or other force against journalists who pose no imminent threat of serious harm, and clarifying the indicia the LAPD use to identify journalists, as well as requiring the LAPD to distribute the temporary restraining order to all sworn personnel.

Plaintiffs further seek an order to show cause why the Court should not enter a preliminary injunction requiring the LAPD to re-issue their policies every six months, institute revised training consistent with the Court's order, designate a Journalists' Compliance Liaison to oversee compliance with the preliminary injunction and an Acting Journalists' Compliance Liaison at any protest or other First Amendment activity to which LAPD deploys to oversee compliance with this Order.

Emergency relief is necessary because complying with regular noticed motion and hearing before the Court will result in prolonged loss of plaintiffs' First Amendment

freedoms. Plaintiffs assert that they have an extraordinarily strong claim that the LAPD has a custom and practice of violating the rights of journalists at protest, including by the unlawful use of force causing serious physical injuries.

**Compliance with Local Rule 7-19**

Compliance with the requirements of Local Rule 7-19.1 and this Court's procedures is set forth in the Declaration of Carol A. Sobel re Ex Parte Notice, submitted with this application. Plaintiffs have provided notice of this Ex Parte Application to the Defendant City. Telephonic notice was given to Denise Mills, Chief Deputy City Attorney, at approximately 2:20 p.m. this date. On the advisement of Ms. Mills that the matter has been assigned to Deputy City Attorney Christian Bojorquez, written notice was provided to both as set forth in the attached letter.

**Defendants' Position**. Defendants have not advised if they will oppose.

Puruant to Local Rule 7-19, the name, address, telephone number and e-mail address of counsel for the opposing party is:

Christian Bojorquez
Deputy City Attorney
City Hall East, 200 N. Main Street, 8th Floor
Los Angeles, CA 90012
Email: Christian.bojorquez@lacity.org
Tel: (213) 978-8100 / (213) 978-7021

Dated:   July 3, 2025                    Respectfully submitted,

LAW OFFICE OF CAROL A. SOBEL
FIRST AMENDMENT COALITION
LAW OFFICE OF PETER BIBRING
SCHONBRUN, SEPLOW, HARRIS,
    HOFFMAN & ZELDES LLP
LAW OFFICE OF SUSAN SEAGER

By:   /s/ Carol A. Sobel
      _____
              Attorney

*Attorneys for Plaintiffs*

2
NOTICE OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

DECLARATION OF CAROL A. SOBEL RE NOTICE

I, CAROL A. SOBEL, declare as follows:

1. I am an attorney admitted to practice before this Court. I have personal knowledge of the fact set forth below and, if called to testify to them, could and would do so competently.

2. On July 3, 2025 at approximately 2:15 p.m. I telephoned Chief Deputy City Attorney Denise Mills at her office telephone number. The message on her phone referred me to another number for her. I telephoned that number and spoke with Ms. Mills at approximately 2:20 p.m.

3. When I advised Ms. Mills that we would be moving for Ex Parte relief in this action, Ms. Mills advised that the case was assigned to Deputy City Attorney Christian Bojorquez. I then sent the attached letter by email to both Chief Deputy Mills and Deputy City Attorney Bojorquez, along with copies of the complaint previously served in this matter, the Memorandum of Point and Authorities, the Proposed Order and this Ex Parte Application. I advised that I would provide all Declarations and Exhibits in a separate email.

4. Because this is a holiday weekend, Plaintiffs believe the time for Defendants to respond should run from Monday, July 7.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of July, 2025 in Los Angeles, California.

CAROL A. SOBEL

NOTICE OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION