Carol A Sobel SBN 84483
Weston Rowland SBN  327599
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
t. (310) 393-3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

David Loy SBN 229235
Aaron R. Field SBN 310648
First Amendment Coalition
534 4th St., Suite B
San Rafael, CA 94901
t.(415) 460-5060
e. dloy@firstamendmentcoalition.org
e. afield@firstamendmentcoalition.org

Peter Bibring SBN 223981
Law Office of Peter Bibring
2140 W Sunset Blvd # 203,
Los Angeles, CA 90026
t.(213) 471-2022
e. peter@bibringlaw.com

Paul Hoffman, SBN 71244
Michael Seplow, SBN 150183
John Washington, SBN 315991
Schonbrun, Seplow, Harris, Hoffman
& Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, California 90254
t.(310) 396-0731
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. jwashington@sshhlaw.com

Susan E Seager SBN 204824
Law Office of Susan Seager
128 N. Fair Oaks Avenue
Pasadena, CA 91103
t. (310) 890-8991
e. susanseager1999@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity,  JIM MCDONNELL, LAPD CHIEF, sued in his official capacity;<br><br>DEFENDANTS. | Case No. 2:25-CV-05423-HDV-E<br><br>HON. HERNÁN D. VERA<br><br>**DECLARATION OF SEAN BECKNER-CARMITCHEL** |

### DECLARATION OF SEAN BECKNER-CARMITCHEL

1. I, Sean Beckner-Carmitchel, hereby declare: I am a freelance multi-media journalist in the Southern California area and member of the Los Angeles Press Club. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been working as a freelance journalist in the Southern California area for the past six years. I produce video and articles about a range of events and topics, with a focus on law enforcement agencies and public protests. My work has been published by various news organizations, including CNN, ABC's Good Morning America, The New York Times, CalMatters, the Beverly Hills Courier, Los Angeles Public Press, and Knock LA.

3. During several months in 2020, I reported about numerous public protests on the streets of Southern California over the police murder of George Floyd in Minnesota and other protests over local police killings and shootings in Southern California area. I reported about and filmed the protests and police actions against the protesters.

4. During June 2025, I reported about the public protests on the streets of Southern California over immigration sweeps by federal officers and the "No Kings" march on June 14, 2025. I reported about and filmed the protests and police actions against the protesters. I saw a definite difference between the way the Los Angeles Police Department acted towards journalists in June 2025 compared to 2020. In June 2025, the LAPD has been firing more less lethals, known as LLMs, at journalists compared to 2020, with a casual disregard with LLMs, and firing at journalists' heads. I've seen a lot more serious, visible injuries on journalists due to actions by the LAPD during the protests in June 2025 compared to 2020, many of which requires serious medical treatment or hospitalization. I am able to recognize LAPD officers by their cars that are marked "Los Angeles Police Department," and their dark blue uniforms, and arm patches. In contrast, the Los Angeles County

Sheriff's Department deputies wear light tan shirts and dark green pants as their uniform. I posted my videos and reporting on my account on the online social media platform BlueSky.

5.      During the daytime on June 8, 2025, I was reporting about and filming a public protest and LAPD actions on Spring Street near Los Angeles City Hall and the Clara Shortridge Foltz Criminal Justice Center. I was wearing my credentials for my reporting company, ACatWithNews, a white helmet, was using a Sony A7iii camera, often used by professional news gathering videographers and photographers. I was with several other journalists who were carrying large cameras and similar professional equipment. Our group of journalists huddled in an entrance to a closed underground parking garage at the Clara Shortridge Foltz courthouse to stay out of the way of the LAPD and report about the protest and LAPD actions. But I and other journalists were forced to leave the parking garage entrance when the LAPD fired tear gas in Spring Street directly across from our location and physically entered the parking garage ramp and ordered journalists to leave. I posted my video and reporting about this incident on the online social media platform BlueSky. A true and correct copy of the video is attached as **Exhibit 36**. It is also available at
https://bsky.app/profile/acatwithnews.bsky.social/post/3lr5dzsokwc2i.

6.      During this same incident on Spring Street on June 8, 2025, I and other journalists attempted to flee the LAPD by walking onto Spring Street in front of the Clara Shortridge Foltz courthouse, turning right on Spring Street, and walking into Grand Park in front of Los Angeles City Hall. I saw LAPD officers chase an unidentified woman photographer with multiple professional cameras and large lenses as well as press identification on a lanyard around her neck even though she was walking away from officers and trying to leave the area. One LAPD officer on foot pushed his hand against photographer's back as she was walking and then another officer horseback ran his horse into her from behind as

2
DECLARATION OF SEAN BECKNER-CARMITCHEL

1   she continued to walk away. I posted my video and reporting on the incident on the

2   online social media platform BlueSky.  A true and correct copy of the video of the

3   incident is attached as **Exhibit 37**. It is also available at

4   https://bsky.app/profile/acatwithnews.bsky.social/post/3lr5esplzsc2b

5         7.     During this same incident on Spring Street on June 8, 2025 when I

6   and other reporters attempted to flee the LAPD into Grand Park, I saw LAPD

7   officers appeared to take pot shots with an LLM at an unidentified photographer

8   with a yellow helmet holding up a professional camera to film the officers with

9   other photography gear strapped to him, and what appeared to be some sort of

10  identification on a lanyard which he was also holding in the air. The LLM landed

11  in the bed of yellow flowers in front of him. I posted my video and reporting on the

12  incident on the online social media platform BlueSky.  A true and correct copy of

13  the video of the incident is attached as **Exhibit 39**. It is also available at

14  https://drive.google.com/file/d/1A5m2UNhs7PfcSbfWsikLYypvnxnMobO5/view

15        8.     During separate daytime incident on June 8, 2025, I was among a

16  group of journalists carrying large cameras, tripods, headphones, and similar

17  professional equipment who were filming and reporting about protesters walking

18  in the intersection of Alameda and East Aliso streets in downtown Los Angeles

19  when I heard LAPD order the press to leave the protest area. At least twice and as

20  depicted in my video, I heard the LAPD scream at me and other journalists,

21  "Media, go!" I posted my video and reporting on the incident on the online social

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

3

DECLARATION OF SEAN BECKNER-CARMITCHEL

1   media platform BlueSky.  A true and correct copy of the video of the incident is

2   attached as **Exhibit 42**. It is also available at

3   https://bsky.app/profile/acatwithnews.bsky.social/post/3lr4ubmg2nc22

4

5       I declare under penalty of perjury of the laws of the State of California and

6   the United States that the foregoing is true and correct.  Executed July 2, 2025, in

7   Los Angeles, California.

8                                                 Sean Beckner-Carmitchel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

DECLARATION OF SEAN BECKNER-CARMITCHEL