Carol A Sobel SBN 84483
Weston Rowland SBN  327599
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
t. (310) 393-3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

David Loy SBN 229235
Aaron R. Field SBN 310648
First Amendment Coalition
534 4th St., Suite B
San Rafael, CA 94901
t.(415) 460-5060
e. dloy@firstamendmentcoalition.org
e. afield@firstamendmentcoalition.org

Peter Bibring SBN 223981
Law Office of Peter Bibring
2140 W Sunset Blvd # 203,
Los Angeles, CA 90026
t.(213) 471-2022
e. peter@bibringlaw.com

Paul Hoffman, SBN 71244
Michael Seplow, SBN 150183
John Washington, SBN 315991
Schonbrun, Seplow, Harris, Hoffman
& Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, California 90254
t.(310) 396-0731
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. jwashington@sshhlaw.com

Susan E Seager SBN 204824
Law Office of Susan Seager
128 N. Fair Oaks Avenue
Pasadena, CA 91103
t. (310) 890-8991
e. susanseager1999@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP, <br><br> PLAINTIFFS, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity,  JIM MCDONNELL, LAPD CHIEF, sued in his official capacity; <br><br> DEFENDANTS. | Case No.  2:25-CV-05423-HDV-E <br><br> Hon. Hernan D. Vera <br><br><br> **DECLARATION OF ANTHONY ORENDORFF** |

1

Declaration of Anthony Orendorff

I, Anthony Orendorff, hereby declare as follows:

1.      I am an independent journalist and local photographer who documents Los Angeles and its people. During the ICE Protests I have been out in the field documenting the protests.

2.      On the morning of June 19th, I was at the Plaza Pacoima shopping complex at San Fernando Road and Paxton Street after becoming aware of an active ICE incident. I was one of the first documentarians to arrive.

3.      The scene became contentious as ICE agents began seizing folks and LAPD engaged with the crowd. I was documenting the operation when I was seized by LAPD.

4.      After my arrest my Attorney Ricci Sergienko and NLG Attorney Colleen Flynn made sure that Karen Bass and Chief McDonnell were aware that I was at the protest in my capacity as a journalist and that I was being unlawfully detained under 409.7.

5.      Even though Mayor Bass and Chief McDonnell knew I was at the protest as a journalist the City decided to keep me in jail from Thursday when I was arrested until Monday when I was released.

6.      Shortly after being released, I was informed by my attorney that the City had dropped all charges against me.

7.      Journalists are going to continue to cover these events. We provide a vital service, and we should be able to do our jobs without having to risk being detained for several days. When we are in jail we can't do our jobs.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28 day of June, at ___9 am_____.

_____
Anthony Orendorff

1