Carol A Sobel SBN 84483
Weston Rowland SBN  327599
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
t. (310) 393-3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

David Loy SBN 229235
Aaron R. Field SBN 310648
First Amendment Coalition
534 4th St., Suite B
San Rafael, CA 94901
t.(415) 460-5060
e. dloy@firstamendmentcoalition.org
e. afield@firstamendmentcoalition.org

Peter Bibring SBN 223981
Law Office of Peter Bibring
2140 W Sunset Blvd # 203,
Los Angeles, CA 90026
t.(213) 471-2022
e. peter@bibringlaw.com

Paul Hoffman, SBN 71244
Michael Seplow, SBN 150183
John Washington, SBN 315991
Schonbrun, Seplow, Harris, Hoffman
& Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, California 90254
t.(310) 396-0731
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. jwashington@sshhlaw.com

Susan E Seager SBN 204824
Law Office of Susan Seager
128 N. Fair Oaks Avenue
Pasadena, CA 91103
t. (310) 890-8991
e. susanseager1999@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP, <br><br> PLAINTIFFS, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity,  JIM MCDONNELL, LAPD CHIEF, sued in his official capacity; <br><br> DEFENDANTS. | Case No.  2:25-CV-05423-HDV-E <br><br> Hon. Hernan D. Vera <br><br><br> **DECLARATION OF CONSTANZA ELIANA CHINEA MERCADO** |

1

I, Constanza Eliana Chinea Mercado, declare as follows:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am submitting this declaration to describe how Los Angeles Police Department ("LAPD") officers confined a group of press including myself away from protests by threatening us with arrest and indiscriminately deployed tear gas at a crowd including myself and other identified press.

3.    I am a bilingual journalist and the founder of Malcriá Media, an independent media platform focusing on social justice, politics, and culture, and that centers marginalized perspectives. Under Malcriá Media, I host the Political Pendejadas podcast, covering political and social justice topics with influential guests.

4.    I am currently a 2024–2026 California Local News Fellow selected by UC Berkeley's Graduate School of Journalism, a state-funded initiative to pay early-career journalists to provide content for local journalism outlets, with a focus on underserved communities.

5.    I am also a freelance reporter. I have contributed to the Los Angeles Times, KnockLA, The Young Turks, and Latino Rebels, LA Public Press, among others. In 2022, I co-hosted and produced the Spotify Original podcast Stranger Fruit. In the summer of 2024, I completed a disinformation fellowship through the Digital Democracy Institute of the Americas' Capacity-Building Program: Latinos, Media, and Democracy.

**June 8, 2025**

6.    On June 8, 2025, I was covering protests that were happening in Los Angeles in response to immigration raids by the U.S. Immigration and Customs Enforcement. At about 2:00 p.m., I arrived at the intersection of Aliso Street and Alameda Street, adjacent to federal buildings, in downtown Los Angeles. Large

crowds filled the entire block as far as I could see in two directions from the intersection, while LAPD blocked the other two directions.

7.    When covering this protest, I clearly identified myself as press. I carried a press-identification badge in my hand that said "NEWS MEDIA" on the top of the badge and "PRESS" at the bottom, both printed in large white letters on a blue background, which is on a lanyard, visible from a distance, and has a photo of me. When confronted with LAPD officers, I clearly held up this press-identification badge and verbally identified myself as press. I also carried press-specific equipment, including a Canon DSLR camera with a large lens, a professional microphone, and gimbal stabilizer for filming using my phone.

8.    When I arrived, tear gas was still in the air. The tear gas was apparently deployed shortly before. Protesters were visibly upset at the use of the tear gas and raised their voices at LAPD officers, but I did not see the protesters initiate any violent acts against officers. During this time, I closely observed the front lines of police and protester interactions and was shoulder to shoulder with LAPD officers and protestors. Then, while protesters were chanting at LAPD officers, tensions escalated as officers began deploying less-lethal munitions on the crowd and physically shoving and grabbing protesters.

9.    After LAPD officers began shooting protesters without any justification, I saw a few protesters respond by shoving officers or throwing water bottles at them. Before LAPD initiated this violence, I had seen no violent or destructive acts by protesters. I do not know why LAPD started shooting. Even after they began engaging with officers and I remained close by, I did not feel threatened by or in danger from the acts of the protesters.

10.    I moved to a corner of the intersection to try to film the entire crowd that filled both blocks. While I was standing on the corner between the crowd and a cement wall, an LAPD officer shoved a person into me, pinning me against the wall. In response, I told the officer, "Hey, watch it, I'm press." The officer told me, "If

1  you're press, you need to be behind us," directing me to move away from the police

2  interactions with the crowd to behind a line of officers separated. I attempted to

3  challenge the legality of this order, and we negotiated where I could stand back and

4  forth. Ultimately, the officer told me that if I did not move behind a group of

5  officers and away from the protesters, I would get hurt.

6       11.    Because I did not feel threatened or targeted by any acts of the

7  protesters and given the officer's warning that I would get hurt if I stayed in that

8  location, I assumed that the officer meant LAPD would be deploying tear gas there

9  shortly, as it apparently had before I arrived. Accordingly, I complied with the

10  officer's direction and began to move behind the line of officers where I was

11  directed.

12       12.    As soon as I moved behind the line of officers, at about 3:00 p.m.,

13  another LAPD officer, who I had not previously seen or interacted with,

14  immediately approached me and yelled at me, "If you don't get back, I'm arresting

15  you right now. I've told you three times that press has to be back a hundred feet." I

16  had never heard any previous warning from the LAPD that I needed to move back

17  100 feet from the protesters, and I had just arrived at that location behind the line of

18  officers to comply with the previous officer's directions.

19       13.    Given the second officer's threat of arrest, I complied with his

20  instructions to move where he directed me, which was an area approximately 150

21  feet away from the front line of police-protester interactions. LAPD officers made

22  threats of arrest to other journalists in the area and also pushed them back into the

23  "press area," as the officers described it, where I was.

24       14.    This group of press included journalists who I personally recognized

25  from MSNBC, CNN, and AP, as well as another reporter who is also a California

26  Local News Fellow for the UC Berkeley Graduate School of Journalism. There were

27  approximately 20 to 30 journalists in this confined area. Everyone in the "press

28  area" wore visible press identification and/or carried professional equipment that

1  identified them as press. A true and correct video I took showing and describing the

2  confinement of the press to this "press area" more than 100 feet away from protest

3  activity is published and available here:

4  https://www.instagram.com/reel/DKp_9HZBtUp/?utm_source=ig_web_copy_link&

5  igsh=MTA4eWZ3MXFxYzN4Ng==.

6       15.    LAPD officers blocked press from moving any closer than

7  approximately 150 feet from the protesters. In addition to the front line of officers

8  blocking our access to protesters, there were three law enforcement vehicles parked

9  behind that line of officers that obscured our view of the protest, and there was

10  another line of officers in front of the vehicles who ensured the press remained

11  confined away from the protest under threat of arrest if they returned to reporting on

12  the protests. Before this confinement, I had been reporting all day between just a

13  few inches and up to ten feet away from the front line of police-protester

14  interactions, and I was able to see and report clearly without causing any

15  interference to the police.

16       16.    When I am covering protests, where there is conflict between protesters

17  and police, I cannot see and report on what is happening when I am 150 feet away

18  from those interactions, even with my professional camera and large lens.

19       17.    Over the next 30 minutes, police pushed this group of press further and

20  further back. Additional law enforcement vehicles continued to arrive and park

21  between the "press area" and protests, pushing the press further away. Many of the

22  journalists, including myself, in the area were upset at LAPD's apparent violations

23  of press freedoms, and we repeatedly asked the officers to allow us to return closer

24  to the protest area as state law requires. LAPD officers did not permit us to return or

25  allow immediate access to an LAPD supervisor to challenge why access to the

26  protest was impossible. By the end of these 30 minutes, we had been pushed

27  approximately 500 feet away from the protesters.

28

Case No. 2:25-CV-05423-HDV-E
CHINEA DECLARATION

18.    After approximately 30 minutes of confinement to the "press area" under threat of arrest and negotiations between reporters and officers, the LAPD officers allowed us to move somewhat closer to the protest, but they continued to keep us confined under threat of arrest approximately 75 to 100 feet away from the protesters.

19.    Even 75 to 100 feet away from the protesters, I could not clearly see and report on their interactions with law enforcement.

20.    I remained in this closer "press area" for approximately another 30 minutes, as the LAPD officers did not allow us anywhere to exit. Then, LAPD officers began moving the parked cars to avoid damage from protesters. At this point, I asked a different LAPD officer than the one I primarily negotiated with if I could leave, and the officer told me I could as long as I turned back and went around the block to cover the protests from the opposite direction, but he still refused to allow me and other members of the press to cover the front line of police-protester interactions that was approximately 75 to 100 feet away. I then exited the "press area" in compliance with the LAPD officer's instructions.

21.    I know that the officers who confined the press in this area and threatened us with arrest if we did not move into it were with the LAPD because the officers that I saw and interacted all wore uniforms with a visible patch on the left arm of their jackets that read "Los Angeles Metro Police."

**June 14, 2025**

22.    On June 14, 2025, I was covering protests near the intersection of Los Angeles Street and East Temple Street in downtown Los Angeles. I arrived at that intersection around 10:00 a.m., and the protesters were calm and peaceful. There were families present, young teenagers flying flags and playing music, and the mood seemed very positive. People were vocal, chanting and yelling with slight tension toward law enforcement, but there was no indication that anyone was going to engage in any illegal acts.

23.    In fact, there were many moments during the protests on this day when the protestors brought flowers to lay at the feet of the National Guard and other law enforcement officers to demonstrate their nonviolent intent and model peaceful resistance.

24.    When covering this protest, I again clearly identified myself as press. I wore the same press-identification badge on a lanyard around my neck and continued to openly and visibly carry my professional camera, microphone, and gimbal.

25.    At approximately 4:10 p.m., I was still reporting on the protest at the intersection of Los Angeles Street and East Temple Street. With no dispersal announcement or warning and without any justification, LAPD officers arrived with horses and began trampling protesters who were doing nothing violent, destructive, or illegal. Thousands of protesters began attempting to disperse. I did not see any justification for LAPD's actions—I did not observe any protestors acting violently or doing anything that could be interpreted as a threat.

26.    After the horses arrived, less than five minutes later, at approximately 4:14 p.m., LAPD deployed tear gas and shot less-lethal munitions indiscriminately into the crowd. I still had heard no announcement or dispersal order before this occurred. Again, before this occurred, I saw no one in the crowd engaging in any illegal or destructive acts and no indication that such acts were going to occur. The crowd included at least 25 other members of the press, visibly identified as such, who were reporting near me.

27.    The air became thick with tear gas, and I ran down East Temple Street. The police had blocked off Los Angeles Street and the opposite direction of East Temple Street, so there was only one direction for those dispersing to go. I felt burning and discomfort in my sinuses and eyes and experienced tears from the gas. The LAPD chased us down the street and then forced us two blocks away from East Temple Street and kettled the crowd there on foot and horseback. After 20 minutes,

the police left, and then I was able to leave the area. A true and correct video I

captured of my experience of this incident is published and available here:

https://www.instagram.com/reel/DK5lXdvy8OP/?utm_source=ig_web_copy_link&i

gsh=c3U0ZGhhZ3d0Zmc=

28.    I know that the officers who used horses and shot less-lethal munitions

and tear gas into the crowed were with the LAPD because these officers again all

wore dark blue uniforms with a visible patch on the left arm of their jackets that read

"Los Angeles Metro Police." Los Angeles Metropolitan Police is a unit of the

LAPD.

I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct. Executed this 28 day of June, 2025 at

__Venice, CA_____.

_____
Constanza Eliana Chinea