Carol A Sobel SBN 84483
Weston Rowland SBN 327599
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
t. (310) 393-3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

David Loy SBN 229235
Aaron R. Field SBN 310648
First Amendment Coalition
534 4th St., Suite B
San Rafael, CA 94901
t.(415) 460-5060
e. dloy@firstamendmentcoalition.org
e. afield@firstamendmentcoalition.org

Peter Bibring SBN 223981
Law Office of Peter Bibring
2140 W Sunset Blvd # 203,
Los Angeles, CA 90026
t.(213) 471-2022
e. peter@bibringlaw.com

Paul Hoffman, SBN 71244
Michael Seplow, SBN 150183
John Washington, SBN 315991
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, California 90254
t.(310) 396-0731
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. jwashington@sshhlaw.com

Susan E Seager SBN 204824
Law Office of Susan Seager
128 N. Fair Oaks Avenue
Pasadena, CA 91103
t. (310) 890-8991
e. susanseager1999@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, JIM MCDONNELL, LAPD CHIEF, sued in his official capacity;<br><br>DEFENDANTS. | Case No. 2:25-CV-05423-HDV-E<br><br>Hon. Hernan D. Vera<br><br>**DECLARATION OF HECTOR ADOLFO QUINTANAR PÉREZ** |

**Declaración de Héctor Adolfo Quintanar Pérez**

Yo, Héctor Adolfo Quintanar Pérez, declaro lo siguiente:

1. He sido periodista durante más de ocho años. He trabajado para varios medios. El 14 de junio estaba realizando una cobertura en el centro de Los Ángeles para Zuma Press. Zuma Press es una agencia de prensa independiente y un servicio de noticias con sede en San Clemente. Llevaba conmigo dos cámaras profesionales, una cámara Nikon y una cámara Fuji. También llevaba una bolsa grande para cámaras. Tenía una credencial de prensa grande, negro y amarillo, emitida por Zuma, colgada al cuello con un cordón. Mi acreditación de prensa era claramente visible. También llevaba una segunda credencial de prensa y tarjetas de presentación.

2. Llegué al lugar para tomar fotos de las protestas del "No Kings Day". Estuve grabando a familias y manifestantes sin incidentes hasta aproximadamente las 2:30 p.m., cuando la presencia del LAPD se volvió más notoria y agresiva.

3. Desde las 4 p.m. hasta aproximadamente las 5 p.m. estuve grabando frente al edificio federal. Cerca de esa hora decidí que era momento de regresar a mi hotel. A las 5 p.m. estaba cerca de 300 Los Angeles Street. Vi que los oficiales del LAPD habían formado una línea de escaramuza y rápidamente comenzaron a avanzar hacia el sur en mi dirección.

4. Pude ver que había oficiales del LAPD montados a caballo con bastones, oficiales con rifles menos letales verdes y negros, y oficiales a pie con bastones más cortos. Aproximadamente cinco minutos después de llegar a mi posición, los oficiales comenzaron a usar la fuerza contra los manifestantes.

5. No pude observar ninguna provocación por parte de los manifestantes. Los oficiales no parecían estar en riesgo de sufrir daños corporales

graves, ni parecían estar defendiendo a nadie más. La gente tenía las manos en alto. No obstante, los oficiales del LAPD comenzaron a disparar sus armas menos letales de forma indiscriminada, apuntando a objetivos que solo puedo describir como seleccionados al azar —en caso de que hayan sido seleccionados.

6. Mientras esto sucedía, yo estaba muy cerca de la línea policial. Seguía teniendo mi pase de prensa, mi bolsa de cámara y mis dos cámaras. Estaba tomando fotos de la línea policial mirando por el visor de mi cámara cuando vi a un oficial con un arma menos letal apuntando en mi dirección. Estaba muy cerca de este oficial, así que dado mi pase de prensa y todo lo demás, no creo que el oficial pudiera ignorar que yo era miembro de la prensa. Solo estaba tomando fotos, lo cual no podía representar una amenaza para el oficial. Además, estaba tan cerca que apuntarme y dispararme no pudo haber sido un accidente ni resultado de un mal apuntado.

7. Tomé una foto justo cuando el oficial me disparó. Aunque todo ocurrió muy rápido, la munición menos letal impactó primero mi rodilla izquierda y luego, al parecer, rebotó en ella e impactó mi rodilla derecha, ya que ambas rodillas resultaron lesionadas. Inmediatamente sentí dolor en ambas rodillas y mi rodilla izquierda comenzó a sangrar muy rápidamente. La cantidad de sangre era significativa, y me preocupé porque todo lo que podía ver era una herida abierta.[1]

8. Me alejé de la línea del frente tan rápido como pude. A unos 50 metros de ese lugar, alguien me ayudó a limpiar la herida. Poco después, mi rodilla comenzó a hincharse.

9. La policía seguía bloqueando mi punto de salida y muchas otras partes del centro. No tenía auto y no había una forma sencilla de regresar al hotel donde me hospedaba. También sabía que mi rodilla se trabaría si me detenía de inmediato, así que permanecí en el centro un poco más después del incidente. Sin embargo, eventualmente logré regresar a mi hotel.

---

1. La Prueba 010 es una foto tomada poco después de que me dispararan, y muestra con precisión la herida que sufrí y el pase de prensa que llevaba en ese momento. La Prueba 013 es una foto que tomé del oficial que me disparó, justo antes de que lo hiciera. Estaba aproximadamente a la misma distancia cuando me disparó que cuando tomé esta foto.

10.     Fui a ver a un médico, quien me recetó antibióticos, me limpió la herida, drenó mi rodilla y me recetó analgésicos para el dolor. Ahora tengo que usar un soporte ortopédico para la rodilla y necesito un bastón para caminar. Un médico me ha dicho que puede que necesite cirugía. Todavía siento dolor todos los días.

11.     Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que lo anterior es verdadero y correcto. Firmado este día ____ de junio, en _____.

_____
Héctor Adolfo Quintanar Pérez

10. Fui a ver a un médico, quien me recetó antibióticos, me limpió la herida, drenó mi rodilla y me recetó analgésicos para el dolor. Ahora tengo que usar un soporte ortopédico para la rodilla y necesito un bastón para caminar. Un médico me ha dicho que puede que necesite cirugía. Todavía siento dolor todos los días.

11. Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que lo anterior es verdadero y correcto. Firmado este día 27 de junio, en Ciudad de México.

_____
Héctor Adolfo Quintanar Pérez