Carol A Sobel SBN 84483
Weston Rowland SBN 327599
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
t. (310) 393-3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

David Loy SBN 229235
Aaron R. Field SBN 310648
First Amendment Coalition
534 4th St., Suite B
San Rafael, CA 94901
t.(415) 460-5060
e. dloy@firstamendmentcoalition.org
e. afield@firstamendmentcoalition.org

Peter Bibring SBN 223981
Law Office of Peter Bibring
2140 W Sunset Blvd # 203,
Los Angeles, CA 90026
t.(213) 471-2022
e. peter@bibringlaw.com

Paul Hoffman, SBN 71244
Michael Seplow, SBN 150183
John Washington, SBN 315991
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, California 90254
t.(310) 396-0731
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. jwashington@sshhlaw.com

Susan E Seager SBN 204824
Law Office of Susan Seager
128 N. Fair Oaks Avenue
Pasadena, CA 91103
t. (310) 890-8991
e. susanseager1999@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, JIM MCDONNELL, LAPD CHIEF, sued in his official capacity;<br><br>Defendants. | Case No. 2:25-CV-05423-HDV-E<br><br>Hon. Hernan D. Vera<br><br>**DECLARATION OF JORDAN CHARITON** |

1

**Declaration of Jordan Chariton**

I, Jordan Chariton, hereby declare

1. I am the founder and CEO of Status Coup. Status Coup is a progressive independent investigative reporting network and media outlet that features investigative and on-the-ground reporting on politics, corruption, the working class, social justice, and the environment. Our mission is to put journalists on the ground and talk to real people to find out what is really happening on-the-ground across America and uncover stories that would otherwise be missed by large corporate media outlets. Moreover, Status Coup has over 3,000 paying members who financially support monthly and annually to receive this on-the-ground reporting.

2. On June 10th, 2025, one of our journalists Tina-Desiree Berg was on assignment for Status Coup reporting on protests that were taking place in the downtown LA Civic Center. She had a great position on an embankment where she had a direct line of site that showed both the protestors and the LAPD squaring off. Unfortunately, not long after arriving in that location she was arbitrarily removed from that location by an LAPD. I watched the video Ms. Berg captured of the event. Ms. Berg tried her best to capture the protest, but LAPD forced Ms. Berg to leave the area by physically escorting her out of the Civic Center.

3. To service its mission Status Coup focuses on in-field and investigative reporting around the country from both internal and external reporters. In Los Angeles Status Coup reported on UTLA strikes, the Black Lives Matter protests, the WiSpa Protest, the Dobbs protests, the Free Palestine protests, major Bernie Sanders political rally attended by 36,000, and now the ICE protests.

4. This kind of journalism requires Status Coup journalists to be embedded into the events they are covering. In the context of protests this means Status Coup journalists have to be in close proximity to the skirmish lines among police and protestors.

5. Ideally Status Coup could hire journalists to cover these events without

asking them to risk being shot, assaulted, seized, or removed from an area they are allowed to be at by law. However, this ideal has not aligned with reality. Especially during the ICE Protests LAPD has regularly used force or threat of force in a manner that interferes with Status Coup's reporting.

6. When our journalists are injured or seized by LAPD that necessarily frustrates Status Coups news gathering function. Unfortunately, LAPD regularly violates 409.7. In the last five years Ms. Berg alone has been shot at by LAPD during the Floyd protests. Beaten by LAPD during the Dobbs protests. She was pushed and shoved during Eco Park. And now she was kicked out of the Civic Center during the ICE protests and that is just one of our journalists. Status Coup is at its base an investigative reporting network. Status Coup is an organization comprised of journalists-so this is a risk that everyone working for Status Coup faces. We all go out into the field in tense situations.

7. This is obviously problematic because it prevents Status Coup journalists from capturing the news which is highly detrimental to us as our whole premise, and business model, is that we are dedicated to in-field investigative journalism. When LAPD shoots, arrests, or threatens our journalists, that is all lost time where that journalist could have been covering the story they were there to cover. One of the largest sources of income for us is the licensing of videos captured at these incidents. For example, one of our journalists captured the historic footage on January 6th, 2021 of Capitol Hill police officer Daniel Hodges attacked by supporters of President Trump to the point he was violently crushed into a door. This historic footage was licensed by us to news outlets around the world, creating great journalistic and historical impact while also garnering us significant licensing revenue. To capture this newsworthy, and potentially historic footage, journalists' have to be at the right place at the right time. When LAPD interferes with Status Coup journalists, they are putting their thumbs on the scale and making it impossible for this kind of journalism to be sustainable.

8.  When LAPD shoots, arrests, or otherwise interferes with Status Coup journalists it also forces us to redirect our time towards addressing LAPD's unlawful actions. To protect our journalists, we are forced to use time that could otherwise go towards making and distributing content towards advocating for our journalist's safety.  Status Coup has already had to release several videos illustrating LAPDs unlawful interference with Tina Berg. We had to do the same thing in 2020 for the Floyd protests and also in 2022 for the Dobbs protest. We can't really license these videos, but we need LAPD's practice of seizing, assaulting, and shooting the press to stop. This footage is the best tool we have to advocate for our journalists' safety. However, the documentation of these incidents has apparently not been enough to get LAPD to change its practices. Now, the problem has gotten so out of hand that Status Coup is forced to dedicate precious time towards a lawsuit because nothing else has worked. This lawsuit will require further resources to be redirected towards advocating for these issues, as a small outfit every hour we cannot put towards journalism is a material detriment to our mission.

9.  LAPD is interfering with the very thing that makes Status Coup dynamic and essential-embedded on the ground coverage. People engage with us because they want to see uncut, unfiltered, entrenched journalism. That can't happen if our journalists are forced to be a block away from where the protests are happening. That cannot happen if our journalist are in the hospital because they got thrown to the ground, or shot at, or are waiting to be released after being detained.

10.  Independent Media is important; it captures a breadth and depth of information that large corporate outfits are incapable of covering. However, embedding journalists into the core of the story is resource intensive. That makes journalist's time on the ground an invaluable resource for Status Coup. Every minute counts and every journalist is an integral part of Status Coup's work.

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct. Executed this 25 day of June,
3  2025 at New York, New York.

*Jordan Chariton*
_____
Jordan Chariton