LA Press Club vs. City of Los Angeles

# EXHIBIT INDEX

| Ex. No. | Description | Page Number | Volume Number |
|---|---|---|---|
| 1 | 001 Directive_11.2_Crowd_Management_Intervention___Control_April_2021.pdf (A) | 1 - 13 | 1 |
| 2 | 002 Policy Manual 556.10.pdf (B) | 14 - 21 | 1 |
| 3 | 003 UOF Directive 3.pdf (C) | 22 - 31 | 1 |
| 4 | 004 Directive 17.1.pdf (D) | 32 - 38 | 1 |
| 5 | 005 UOF Directive 1.pdf (E) | 39 - 46 | 1 |
| 6 | 006 UOF Directive 12.pdf (F) | 47- 52 | 1 |
| 7 | 007 LD 24.pdf (G) | 53 - 199 | 2 |
| 8 | 008 POST Crowd_Management Guidelines.pdf (H) | 200-291 | 3 |
| 9 | 009 Media Relations Guide (I) | 292-326 | 3 |

| Ex. No. | Description | Page Number | Volume Number |
|---|---|---|---|
| 10 | 010 Photo of Hector Perez being shot by LAPD (A) | 327-328 | 3 |
| 11 | 011 Video of Montez Harris run down by horses (A) | 329-330 | 3 |
| 12 | 012 Nigro Instagram screenshot (A) | 331-332 | 3 |
| 13 | 013 Picture of Hector Perez's injury (B) | 333-334 | 3 |
| 14 | 014 Nigro photo of police with baton (B) | 335-336 | 3 |
| 15 | 015 Nigro news article (C) | 337-338 | 3 |
| 16 | 016 Nigro photograph white streak (D) | 339-340 | 3 |
| 17 | 017 Video of Nigro hit | 341-342 | 3 |
| 18 | 018 *MIWON* Structured Settlement | 343-350 | 4 |
| 19 | 019 1995 *Vassos* settlement | 351-361 | 4 |
| 20 | 020 2005 National Lawyers Guild Stipulated Judgement | 362-375 | 4 |
| 21 | 021 2000 *Al Crespo* Settlement | 376-389 | 4 |

| Ex. No. | Description | Page Number | Volume Number |
|---|---|---|---|
| 22 | 022 May Day After Action Report | 390-515 | 4 |
| 23 | 023 Chaleff Report Floyd LAPD 2020 | 516-616 | 5 |
| 24 | 024 SAFE LA CIVIL UNREST 2020 AFTER ACTION REPORT | 617-861 | 6 |
| 25 | 025 2020 After Action Implementation Plan | 862 -1046 | 7 |
| 26 | 026 Echo Park Rehabilitation After Action Report | 1047-1148 | 7 |
| 27 | FN # 1 to Adam Rose Dec. | 1149-1150 | 8 |
| 28 | FN #2 to Adam Rose Dec. | 1151-1152 | 8 |
| 29 | FN #3 to Adam Rose Dec. | 1153-1154 | 8 |
| 30 | FN #4 to Adam Rose Dec. | 1155-1156 | 8 |
| 31 | FN #5 to Adam Rose Dec. | 1157-1158 | 8 |
| 32 | FN #6 to Adam Rose Dec. | 1159-1160 | 8 |
| 33 | FN #6 to Adam Rose Dec. | 1161-1162 | 8 |

| Ex. No. | Description | Page Number | Volume Number |
|---|---|---|---|
| 34 | FN #6 to Adam Rose Dec. | 1163-1164 | 8 |
| 35 | FN #7 to Adam Rose Dec. | 1165-1166 | 8 |
| 36 | FN #8 to Adam Rose Dec. | 1167-1168 | 8 |
| 37 | FN #8 to Adam Rose Dec. | 1169-1170 | 8 |
| 38 | FN #9 to Adam Rose Dec. | 1171-1172 | 8 |
| 39 | FN #10 to Adam Rose Dec. | 1173-1174 | 8 |
| 40 | FN #12 to Adam Rose Dec. | 1175-1176 | 8 |
| 41 | FN #12 to Adam Rose Dec. | 1177-1182 | 8 |
| 42 | FN #13 to Adam Rose Dec. | 1183-1184 | 8 |
| 43 | FN #14 to Adam Rose Dec. | 1185-1186 | 8 |
| 44 | FN #14 to Adam Rose Dec. | 1187-1188 | 8 |
| 45 | FN #15 to Adam Rose Dec. | 1189-1190 | 8 |
| 46 | FN #16 to Adam Rose Dec. | 1191-1192 | 8 |
| 47 | FN #16 to Adam Rose Dec. | 1193-1194 | 8 |
| 48A | FN #17 to Adam Rose Dec. | 1195-1196 | 8 |
| 48B | FN #17 to Adam Rose Dec. | 1197 | 8 |
| 48C | FN #17 to Adam Rose Dec. | 1198 | 8 |

| Ex. No. | Description | Page Number | Volume Number |
|---|---|---|---|
|  |  |  |  |
| 49 | FN #18 to Adam Rose Dec. | 1199-1200 | 8 |
| 50 | FN #19 to Adam Rose Dec. | 1201-1202 | 8 |
| 51 | FN #19 to Adam Rose Dec. | 1203-1204 | 8 |
| 52 | FN #19 to Adam Rose Dec. | 1205-1206 | 8 |
| 53 | FN #20 to Adam Rose Dec. | 1207-1208 | 8 |
| 54 | FN #21 to Adam Rose Dec. | 1209-1210 | 8 |
| 55 | FN #22 to Adam Rose Dec | 1211-1212 | 8 |
| 56 | FN #23 to Adam Rose Dec. | 1213-1214 | 8 |
| 57 | FN #24 to Adam Rose Dec. | 1215-1216 | 8 |
| 58 | FN #25 to Adam Rose Dec. | 1217-1222 | 8 |
| 59 | FN #26 to Adam Rose Dec. | 1223-1224 | 8 |
| 60A | FN #27 to Adam Rose Dec. | 1225-1226 | 8 |
| 60B | FN #27 to Adam Rose Dec. | 1227 | 8 |
| 60C | FN #27 to Adam Rose Dec. | 1228 | 8 |
| 60D | FN #27 to Adam Rose Dec. | 1229 | 8 |

| Ex. No. | Description | Page Number | Volume Number |
|---|---|---|---|
|  |  |  |  |
| 61 | FN #28 to Adam Rose Dec. | 1230-1231 | 8 |
| 62 | FN #28 to Adam Rose Dec. | 1232-1233 | 8 |
| 63 | FN #28 to Adam Rose Dec. | 1234-1235 | 8 |
| 64 | FN #28 to Adam Rose Dec. | 1236-1237 | 8 |
| 65 | FN #29 to Adam Rose Dec | 1238-1239 | 8 |
| 66 | FN #30 to Adam Rose Dec | 1240-1241 | 8 |
| 67 | FN #31 to Adam Rose Dec | 1242-1243 | 8 |
| 68 | FN #32 to Adam Rose Dec | 1244-1245 | 8 |
| 69 | FN #33 to Adam Rose Dec | 1246-1247 | 8 |
| 70 | FN #34 to Adam Rose Dec | 1248-1252 | 8 |
| 71A | FN #35 to Adam Rose Dec | 1253-1254 | 8 |
| 71B | FN #35 to Adam Rose Dec | 1255 | 8 |
| 72 | FN #36 to Adam Rose Dec | 1256-1257 | 8 |
| 73 | FN #37 to Adam Rose Dec | 1258-1264 | 8 |

| Ex. No. | Description | Page Number | Volume Number |
|---|---|---|---|
| 74 | FN #37 to Adam Rose Dec | 1265-1269 | 8 |
| 75 | FN #38 to Adam Rose Dec | 1270-1275 | 8 |
| 76A | FN #39 to Adam Rose Dec | 1276-1277 | 8 |
| 76B | FN #39 to Adam Rose Dec | 1276-1277 | 8 |
| 77 | Chinea Paragraph 14 | 1278-1279 | 8 |
| 78 | Chinea Paragraph 27 | 1280-1281 | 8 |
| 79 | Choi Email Memo | 1282-1283 | 8 |
| 80 | ASSEMBLY Bill 48 Memo | 1284-1288 | 8 |