Carol A Sobel SBN 84483
Weston Rowland SBN 327599
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
t. (310) 393-3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

David Loy SBN 229235
Aaron R. Field SBN 310648
First Amendment Coalition
534 4th St., Suite B
San Rafael, CA 94901
t.(415) 460-5060
e. dloy@firstamendmentcoalition.org
e. afield@firstamendmentcoalition.org

Peter Bibring SBN 223981
Law Office of Peter Bibring
2140 W Sunset Blvd # 203,
Los Angeles, CA 90026
t.(213) 471-2022
e. peter@bibringlaw.com

Paul Hoffman, SBN 71244
Michael Seplow, SBN 150183
John Washington, SBN 315991
Schonbrun, Seplow, Harris, Hoffman
& Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, California 90254
t.(310) 396-0731
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. jwashington@sshhlaw.com

Susan E Seager SBN 204824
Law Office of Susan Seager
128 N. Fair Oaks Avenue
Pasadena, CA 91103
t. (310) 890-8991
e. susanseager1999@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

|  |  |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP, <br><br> PLAINTIFFS, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity, JIM MCDONNELL, LAPD CHIEF, sued in his official capacity; <br><br> DEFENDANTS. | Case No. 2:25-CV-05423-HDV-E <br><br> HON. HERNÁN D. VERA <br><br> **VOLUME EIGHT** OF PLAINTIFFS' EXHIBITS TO' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

# Exhibit 27

FOOD  MUSIC  ENTERTAINMENT  ARTS  CULTURE  CANNABIS

# LAWEEKLY

What's Most in Charge | Food | YouTube

SUBSCRIBE TO OUR NEWSLETTERS

* indicates required

First Name *

Last Name *

Email Address *

LA Weekly Email Lists

What's Happening This Week
Music
Food + Drink
Arts
Entertainment
Events
Cannabis

Subscribe

## OCCUPY LA: LAPD INVESTIGATES CAUGHT-ON-VIDEO ARREST OF JOURNALIST CALVIN MILAM

DENNIS ROMERO X DECEMBER 15, 2011

Updated at the bottom. At the bottom: The LAPD has opened an investigation into this case, but a commander disputes Mark Geragos' take on what happened to his client that night.

The arrest of a journalist for alleged failure to disperse at Occupy LA last month was caught on tape, and video seems to contradict what police said about the arrest.

Misreading a media blog follow-up about the arrest, we erroneously stated the reporter for City News Service is female. The arrestee in question is Calvin Milam, a respected reporter and sometime editor for the service.

When we broke the story of the arrest, cops told us the support appeared to be possibly drunk and belligerent and did not identify himself as a member of the press. Video posted to The Occupied Venice Journal and echoed at The City Maven seems to contradict that.

You can see Milam's arrest at the 3:22 mark.



Milam appears to clearly show officers his press credentials as he argues with officers. It appears he's trying to ... disperse. He finally blows through a skirmish line and is quickly tackled and arrested.

The City Maven reports that Milam has been offered its Alternative Prosecution Program, which would allow him to take a class in exchange for a withholding of prosecution.

However, the blog notes that he has retained famed attorney Mark Geragos, who says, "We're certainly not going to take this lying down!"

> " ... The video is unceptably at odds with the accounts I've been told as regards the LAPD and City Attorney's Office) ...

Police told the Weekly Milam, 50, appeared to be part of the occupation; did not appear to be on duty as a reporter, and did not identify himself as a journalist. Arrest records claim he "refused" to give his occupation.

We checked both county jail and arrest records and could not find Milam's name (his first name ended up being listed differently), leading to our own confusion about which CNS reporter was arrested. CNS' top editor did not return a call seeking comment.

City News Service is a fee-based subscription operation that provides Associated Press-style content to other news outlets in Southern California, including this one. This reporter worked there briefly about 10 years ago.

Remarkably, Milam's byline is found on coverage of the Occupy raid well into the morning of Nov. 30, with his last byline piece on the raid appearing at 10:19 a.m. that day.

We made calls to Geragos and LAPD Commander Andrew Smith seeking comment.

[Added] Geragos got back to us. He said police told him the same story they told the Weekly and that ...

> They potently lied about the whole thing. It's clear to me, I was told the exact same thing, it's fortunate there's a video which shows what really happened.

Asked if Milam was trying to disperse, Geragos said there had been "no unlawful assembly declared" yet when he was arrested. "You don't even have to get to that point.

The code is predicated on unlawful assembly being declared."

He said that, as a working journalist, Milam did have a special right to be in the area and observe the police.

He said allegations that Milam was possibly drunk and belligerent were untrue.

> They have now told you two things that are demonstrably false. One, that he didn't show his press credential. And two, that he was drunk. This guy hasn't touched a drink in 20 years.

Were cops concocting a story in an overreaching move at ass-covering, as they've been known to do?

> That I can't even begin to fathom. I don't understand why a reporter form the one news service embedded in the LAPD City News mons the LAPD press room 24 hours a day and has for decades) would be treated this outrageously.

(Indeed, an LAPD rep asked us if someone working for CNS would even be considered a full-on journalist.)

"This one is completely over the top," Geragos said.

[Update at 4:08 p.m.] LAPD Commander Andrew Smith tells us Milam's case was added today to an internal investigation of complaints against officers who had contact with protesters during the raid.

"We've initiated a personnel complaint, and that will be conducted by internal affairs," he said.

Smith argues that even if Milam showed his press credentials to the officers that he allegedly disobeyed their orders by moving through the skirmish line.

"That guy chose to charge through a police line after having been told not to," Smith said. " ... He would be subject to arrest just like anybody else."

The commander disputed Geragos claim that an unlawful assembly had yet to be declared when the arrest happened. In fact, Smith said, "It may have occurred after everybody there was technically under arrest. We gave people 15 minutes to leave."

"Even members of the media are subject to arrest," Smith said.

He said the arrest happened on Spring Street when Milam headed west through the skirmish line, and after people were told to leave via other directions (namely north and south). "He was free to leave any other direction," Smith said.

[Added] Milam was one of about three journalists, including Natha Guy and Susan Heller, arrested during the Nov. 30 raid.

Other notable arrestees include Arthur J. Rodriguez, grandson of Cesar Chavez, and Patrick Meighan, a writer for the hit animated comedy show Family Guy.

[@denromerowx] @LAWEEKLY] @dennisromerows] LA-Weekly] @LAWeeklyNews]

---

SEARCH LA WEEKLY

laweekly
LAWeekly Instagram: Celebrating the culture of LA since 1978 🎉



Load More...  Follow on Instagram


Do Not Sell or Share My Personal Information

# Exhibit 28

**This Exhibit is a Video:**
**https://www.youtube.com/watch?v=ssFrukJET38 to be lodged with the court separately**

# Exhibit 29

**This Exhibit is an audio recording:
https://archive.org/details/our-lapd-story-offi
cial-lapd-podcast/2017_10_29_our_lapd_stor
y_podcast_crowd-control.mp3 to be lodged
with the court separately**

# Exhibit 30

**This Exhibit is a Video:
https://www.youtube.com/watch?v=FOoeZF
R9DY4 to be lodged with the court separately**

# Exhibit 31

**This Exhibit is a Video: https://www.youtube.com/watch?v=-FCmHPAQ-DU to be lodged with the court separately**

# Exhibit 32

**This Exhibit is a Video: https://www.youtube.com/watch?v=UhBRU5KVPMQ& to be lodged with the court separately**

# Exhibit 33



# Exhibit 34



# Exhibit 35

**This Exhibit is a Video:**
https://www.nytimes.com/video/us/politics/10
00000010217680/a-look-at-the-crackdown-on-t
he-la-protests.html **to be lodged with the
court separately**

# Exhibit 36

**This Exhibit is a Video: https://bsky.app/profile/acatwithnews.bsky.social/post/3lr5dzsokwc2i to be lodged with the court separately**

# Exhibit 37

**This Exhibit is a Video: https://bsky.app/profile/acatwithnews.bsky.social/post/3lr5esplzsc2b to be lodged with the court separately**

# Exhibit 38

**This Exhibit is a Video: https://bsky.app/profile/acatwithnews.bsky.social/post/3lr5esplzsc2b to be lodged with the court separately**

# Exhibit 39

**This Exhibit is a Video:**
**https://drive.google.com/file/d/1A5m2UNhs7PfcSbfWsikLYypvnxnMobO5/view?usp=drive_link to be lodged with the court separately**

# Exhibit 40

This exhibit is a video:

https://x.com/mrolmos/status/1931881207073264118?s=46

To be lodged with the Court separately

# Exhibit 41

*Democracy Dies in Darkness*

Your access ends on July 13, 2025. Stay informed during critical times like these for just ~~$12~~ **$2** every four weeks for one year.

✕

**View offer details**

By Scott Nover and Jeremy Barr

Sergio Olmos has covered hundreds of days of protests in his career as a journalist. He estimates he's been hit dozens of times by what are known as less-lethal rounds — a broad category that includes rubber bullets, plastic bullets and pepper balls. Still, he says he's never seen police so trigger-happy with these munitions.

"It was the most amount of less-lethals I've seen used in a single day protest," he told The Washington Post, regarding law-enforcement responses to Sunday's protests in Los Angeles against immigration raids in the area.

So, it wasn't a surprise when a Los Angeles Police Department officer shot what he believes to be a 40mm sponge grenade into his torso. "I got hit in the chest and it's a moment of, 'What the f---?' " he said in an interview Monday. "And then I was like, 'Oh, f---, that hurt.' " He put his camera down momentarily, to check that he was okay.

Olmos, 35, an investigative reporter for the nonprofit news organization CalMatters, was in the protest crowd shooting video on his iPhone. He was at the intersection of East Temple and North Alameda streets, just blocks from a complex of federal buildings, when police shot into the crowd and hit him. In a video posted on X and provided to The Post, an LAPD officer appears to raise his firearm and point it at the crowd. When Olmos is hit, he drops his phone momentarily.

Olmos said police were routinely firing into crowds as a method of moving them back. The LAPD did not respond to a request for comment about the incident.

On Tuesday, CNN said in a statement that one of its reporting teams was briefly detained in Los Angeles — but the situation was quickly resolved after they presented their media credentials.

Olmos isn't alone. Estimates vary on how many journalists have been injured by police projectiles since
the protests began — the Committee to Protect Journalists put the number at "more than 20," while
another press freedom group, Reporters Without Borders, estimated at least 27. Social media platforms

Your access ends on July 13, 2025. Stay informed during critical times like these for just $12 $2
every four weeks for one year.

unconstitutional act."

Lauren Tomasi, a correspondent for 9News in Australia, was shot in the leg with a less-lethal round
while filming a live television news segment Sunday. Nora Benavidez, senior counsel at the advocacy
group Free Press, said it's "one of the most explicit visual examples I've ever seen in my career of
retaliation by the government directly against journalists for them doing their job protected by the First
Amendment."

Protest videos are chaotic, Benavidez added. "But this was a press video clip of her covering the
situation, panning the [TV] camera through the scene as she's describing it. And the moment that law
enforcement sees her doing her constitutionally protected job, they target her. That, right there, is a
sign of the times."

"It's incredibly concerning to see the use of force in the L.A. protests and the way that it's impacting
journalists' ability to document the protests safely," said Katherine Jacobsen, who serves as U.S.,
Canada and Caribbean program coordinator for the Committee to Protect Journalists.

In the incidents, Jacobsen said she sees echoes of 2020, when scores of journalists were hit by
projectiles and injured while covering nationwide protests in the aftermath of the killing of George
Floyd. A freelance photojournalist, Linda Tirado, was hit in the face by a foam bullet and lost sight in
her left eye while covering protests in Minneapolis.

"It's important not to extrapolate that this might turn into something like what we saw in 2020 and to
kind of get ahead of ourselves, but at the same time it's very, very difficult not to reflect on the patterns
we're seeing, as far as the use of force in these types of situations, and the way that it adversely affects
journalists' ability to safely do their jobs," Jacobson said.

At the time, in late May 2020, a British photojournalist named Nick Stern said he was hit by multiple
rubber bullets fired by LAPD officers and struck by batons. He ultimately settled a lawsuit he filed
against the city for $150,000. On Saturday, Stern was again injured during protests in L.A. and
underwent surgery to remove a plastic bullet. "There was something hard sticking out of the back of my
leg and my leg was getting wet from blood," he told the BBC.

A New York Times reporter was also hit Sunday with a rubber bullet, the <u>newspaper reported</u>: "The reporter was treated at a hospital but not seriously injured." (The Times did not provide additional comment on the incident, when asked.)

Your access ends on July 13, 2025. Stay informed during critical times like these for just ~~$12~~ **$2** every four weeks for one year.

She likened her injury Friday to being "punched really hard in the leg." On Saturday, "that one felt like someone threw a baseball at my head," she said.

**@ryannemena.bsky.social**

@ryannemena · **Follow**

Your access ends on July 13, 2025. Stay informed during critical times like these for just ~~$12~~ **$2** every four weeks for one year.



10:01 AM · Jun 7, 2025                                                ⓘ

♥ **25.1K**        💬 **Reply**        🔗 **Copy link**

**Read 15.4K replies**

Mena, 29, said she has spoken with about a dozen other journalists who have sustained injuries from less-lethal projectiles.

She hoped to continue covering protests Monday night, but decided she first needs a doctor to check her for possible head trauma. "People are very angry, and I want to tell stories about that and amplify those voices," she said. But, she added, "I'd like to be medically cleared before I go."

Sean Beckner-Carmitchel, a 38-year-old freelance reporter, was on assignment for LA Public Press in
Paramount, California, on Saturday when he was struck in the head by what he believed to be a teargas
canister. The munition exploded and covered him in particulate matter, temporarily blinding him. "I

Your access ends on July 13, 2025. Stay informed during critical times like these for just $12 **$2**
every four weeks for one year.

Several journalists who were hit, including Beckner-Carmitchel, Olmos, Stern and Mena, say they were
wearing clearly identifiable press passes at the time — which Jacobsen, of CPJ, said could be seen as
evidence of intentional targeting.

"I feel that it was either intentional or reckless," Beckner-Carmitchel said.

Press advocates say that attacks on journalists — even if inadvertent — chill their First Amendment
freedoms and inhibit citizens from learning about the news of the day and the actions of the
government.

**What readers are saying**

The comments express strong disapproval of law enforcement's use of less-lethal
munitions during protests, particularly when journalists are present. Many commenters
believe that journalists were deliberately targeted, citing specific incidents such as the
shooting of an...   Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.

# Exhibit 42

This exhibit is a video:

https://bsky.app/profile/acatwithnews.bsky.social/post/3lr4ubmg2nc22

To be lodged with the Court separately

# Exhibit 43

This exhibit is a video:

https://www.instagram.com/p/DKp_9HZBtUp/

To be lodged with the Court separately

# Exhibit 44

This exhibit is a video:

https://www.instagram.com/reel/DKsywBRyr2u

To be lodged with the Court separately

# Exhibit 45

This exhibit is a video:

https://www.youtube.com/watch?v=YF5yTOWzdB4&t=5477s

To be lodged with the Court separately

# Exhibit 46

This exhibit is a video:

https://bsky.app/profile/jeremotographs.bsky.social/post/3lr7uewktsk2x

To be lodged with the Court separately

# Exhibit 47



1194

# Exhibit 48





This exhibit is a video:

https://drive.google.com/file/d/16L-QHYNouq7TOHapiKzDCvvSPQH1U5dC/view?usp=sharing

To be lodged with the Court separately

# Exhibit 49

This exhibit is a video:

https://x.com/OutFrontCNN/status/1932277470
075486409

To be lodged with the Court separately

# Exhibit 50

This exhibit is a video:

https://x.com/acyn/status/1932290084164051406?s=46

To be lodged with the Court separately

# Exhibit 51

This exhibit is a video:

https://x.com/acyn/status/1932292641418527217

To be lodged with the Court separately

# Exhibit 52

This exhibit is a video:

https://www.youtube.com/watch?v=BFxwYnj52q0

To be lodged with the Court separately

# Exhibit 53

This exhibit is a video:

https://www.youtube.com/live/NPG9zIxMUKc?t=6985s

To be lodged with the Court separately

# Exhibit 54



**James Queally** ✓
@jqwritesstuff.bsky.social

+ Follow

.@LAPDHQ now chasing people up Temple. The crowd is dwindling and has largely dispersed. Could've done without the officer shoving me in response to a reminder that media is exempt from the curfew. Oh well, they're just laws I guess.

June 10, 2025 at 8:59 PM   Everybody can reply

47 reposts   2 quotes   211 likes

💬 4          ⇄ 49          ♡ 211          ⬆          • • •

**JusticeMustWin ABOLISH ICE** @egoldman.bsky.social · 21d
KCAL reporter and crew was just told to go home by officer

💬          ⇄          ♡ 10          ⬆          • • •

**JusticeMustWin ABOLISH ICE** @egoldman.bsky.social · 21d
Intolerable

Thank you for your important updates.  Very much appreciated.

💬          ⇄          ♡ 2          ⬆          • • •

1210

# Exhibit 55

This exhibit is a video:

https://bsky.app/profile/acyn.bsky.social/post/3lr
bu7nu36u2w

To be lodged with the Court separately

# Exhibit 56

This exhibit is a video:

https://drive.google.com/file/d/1gdrY3LP2QVD
lB3eAitvrrLwGJ-yn2xwY/view?usp=sharing

To be lodged with the Court separately

1214

# Exhibit 57

This exhibit is a video:

https://www.youtube.com/watch?v=P_gkltz67VA

To be lodged with the Court separately

# Exhibit 58

# The Sydney Morning Herald

World   North America   Trump's America

# Fourth Australian media worker struck in LA riots; press groups say journalists 'targeted'



**Angus Delaney**

June 11, 2025 — 3.14pm

A Channel Nine cameraman is the fourth Australian media worker harmed by law enforcement in Los Angeles, among dozens of journalists who have been injured at immigration protests, drawing widespread condemnation from press freedom groups.

The unnamed cameraman was struck in the leg with a ricocheting rubber bullet while covering the protests on Tuesday, Los Angeles time, leaving bruises.



A police officer fires a soft round near the immigration detention centre in downtown Los Angeles.  AP

The cameraman was not filming at the time and had been following instructions to find shelter from law enforcement, a Nine spokesman said.

The spokesman said Nine, the owner of this masthead, is assessing the situation and is taking into account the growing number of similar incidents involving journalists in Los Angeles.
On Tuesday (AEST) the ABC's North American correspondent, Lauren Day, described being hit with tear gas as police dispersed a crowd of protesters.

"You can see why they call it tear gas: it really burns your eyes, it burns your throat," Day said during a report for ABC News.

An ABC camera operator was also shot in the chest on Tuesday with a less-lethal bullet – while wearing protective Kevlar – describing the pain like "being punched in the chest", the broadcaster reported.

A coalition of press freedom organisations sent a letter to US Secretary of Homeland Security Kristi Noem expressing concern that federal law enforcement officers had indiscriminately targeted journalists. It urged officers to show restraint.

US National Press Club president Mike Balsamo said journalists "were not caught in the crossfire – they were targeted". In a post on X, he called for the LAPD to investigate all reported incidents of reporters being targeted by police.

1219

The Los Angeles Press Club has recorded two dozen incidents of journalists being shot with less-lethal bullets, hit with tear gas and pushed by law enforcement officers.

A *New York Times* reporter was shot with less-lethal bullets before being assessed at hospital; an *LA Daily News* reporter was tear-gassed and struck with pepper balls; and British freelance photographer Nick Stern had emergency surgery to remove a 7.5-centimetre plastic bullet from his leg.



Protesters carried photographer Nick Stern to safety after he had been shot with a plastic bullet.  AP

"There was something hard sticking out of the back of my leg and my leg was getting wet from blood," he told the BBC. "I suddenly got this terrific pain on my leg."

A *New York Post* photographer was shot in the head, resulting in whiplash and bruising, and CNN journalist Jason Carroll was briefly detained live on air and escorted out of a protest zone by police.

Katherine Jacobsen of the Committee to Protect Journalists said the organisation was "greatly concerned" by reports of police shooting reporters.



Illustration by Matt Golding

"Any attempt to discourage or silence media coverage by intimidating or injuring journalists should not be tolerated," she said. "It is incumbent upon authorities to respect the media's role of documenting issues of public interest."
On Monday, Nine's US correspondent Lauren Tomasi was shot with a less-lethal round as she covered the protests live on air. The LAPD is investigating.

Tomasi told Nine it was "just one of the unfortunate realities of reporting on these kinds of incidents".

"It has been a really volatile day on the streets of Los Angeles. There have been a lot of tempers flaring here today and certainly tonight there is a lot of anger in the City of Angels."



Nine News US correspondent Lauren Tomasi was shot by police with a rubber bullet while covering the protest.  NINE NEWS

The union representing Australian journalists said Tomasi appeared to have been "deliberately shot" while speaking to the camera. Federal Greens senator Nick McKim also called it deliberate, telling *Today* it was a "cowardly act".
Prime Minister Anthony Albanese condemned the shooting on Tuesday.

"[That was] an Australian journalist doing what journalists do at their very best … In LA, it is not unreasonable to think that she would not have been targeted with a rubber bullet," he said.

The Trump administration authorised the deployment of thousands of members of the National Guard and 700 marines to Los Angeles after two days of protests against federal immigration raids in the city.

The protests are now in their fifth day and Los Angeles Mayor Karen Bass has declared a local emergency in the city. She has imposed a curfew in the city's downtown.

***The Market Recap newsletter is a wrap of the day's trading. Get it each weekday afternoon.***

 **Angus Delaney** is a trainee reporter at The Age.  Connect via email.

# Exhibit 59

This exhibit is a video:

[https://www.instagram.com/reel/DKyS2XzRXS o/?igsh=NTc4MTIwNjQ2YQ%3D%3D](https://www.instagram.com/reel/DKyS2XzRXSo/?igsh=NTc4MTIwNjQ2YQ%3D%3D)

To be lodged with the Court separately

1224

# Exhibit 60





1227



1228



1229

# Exhibit 61

This exhibit is a video:

https://drive.google.com/file/d/1o2NOWzbFi7MhA-RMmRBCWtwoF1P_e0pk/view?usp=sharing

To be lodged with the Court separately

# Exhibit 62

This exhibit is a video:

https://drive.google.com/file/d/1gFHrtMP-K9-dpVVwkDs-dYKSti_xqX-d/view?usp=sharing

To be lodged with the Court separately

# Exhibit 63

This exhibit is a video:

https://drive.google.com/file/d/1xNAbSnn8ueB
haBzeBL6AtcWTGAt6fj1B/view?usp=sharing

To be lodged with the Court separately

# Exhibit 64

This exhibit is a video:

https://drive.google.com/file/d/1n-omAHflaD8teqPf9xXRjslGdnwnZ0dy/view?usp=sharing

To be lodged with the Court separately

# Exhibit 65



1239

TED SOQUI PHOTOGRAPHY©2025

# Exhibit 66

**This exhibit is a video:
[https://drive.google.com/file/d/1HXhHrTG2f
LvNqTAdtdlESFrotFZjAsC1/view?usp=shari
ng&t=475](https://drive.google.com/file/d/1HXhHrTG2fLvNqTAdtdlESFrotFZjAsC1/view?usp=sharing&t=475) to be lodged with the court
separately**

# Exhibit 67

This exhibit is a video:

https://www.instagram.com/reel/DKyYcgyAmr
b/?igsh=NTc4MTIwNjQ2YQ==

To be lodged with the Court separately

# Exhibit 68

This exhibit is a video:

https://www.tiktok.com/@tastydan/video/7515974644034211118

To be lodged with the Court separately

# Exhibit 69

This exhibit is a video:

https://bsky.app/profile/cwebbonline.com/post/3
lrndlulp522g

To be lodged with the Court separately

# Exhibit 70

## Start your day with local news headlines

SIGN UP FOR OUR NEWSLETTER

Submit

A photographer who said he was shot in the eye by a rubber bullet from police worries he may never regain his vision. Macy Jenkins reports for the NBC4

A photographer who was documenting the "No Kings" protest in downtown Los Angeles over the weekend worries he may never regain his vision after he suffered a rubber bullet to the face.



**CHP**

CHP officer killed in Culver City crash suffered 'medical emergency' before striking tree

1249

Marshall Woodruff, 28, has been at Los Angeles General Medical Center recovering from his injury since Saturday. He was there when about 30,000 people descended upon LA City Hall to protest President Donald Trump and his policies.



**DOWNTOWN LA** · JUN 15

**Protester injured by hit-and-run driver in downtown Los Angeles**



**DOWNTOWN LA** · JUN 16

**LAPD investigates law enforcement related injury during downtown LA...**

"Well, it started out pretty great. You had what seemed, it seemed to be hundreds of people peacefully protesting," Woodruff said.

As the day progressed, a clash occurred between law enforcement officers and attendees. Sometime around 5 p.m., the Los Angeles Police Department lined up in formation facing the crowd.

"They came in with horses and people almost got trampled," the photographer said. "They were firing like 40 bullets in the span of like five seconds. I mean, it would – it sounded more like fireworks being rapidly shot off."

He said the rubber bullets struck his arm and his right eye.

"It sort of felt like I got slammed into the side of the head with a baseball thrown by the world's greatest pitcher," he said. "You just think to yourself, 'I need to get out.'"



**LA COUNTY**
'Suspected overdose' reported at Los Padrinos Juvenile Hall



**LANCASTER**
Transit bus with children onboard overturns after hitting railroad tracks in Lancaster

**SPONSORED**
Costco Shoppers Say This $7 Generic Cialis Is Actually Wort...
FridayPlans

Learn more

**Weather Forecast**

LOS ANGELES, CA



Another overnight curfew in the downtown LA area has just ended after a
weekend of protests over immigration raids. Lauren Coronado reports for the
NBC4 News at 6 a.m. on June 16, 2025.

After the hit, Woodruff underwent surgery for five hours to
reconstruct part of his eye.

"Even the doctors aren't sure of just how much vision I'm going to
be able to get back in my right eye," he said. "So, it's just been a
painful process."

LAPD declared an unlawful assembly in the area around 4 p.m.
on Saturday after the department said some people began to
throw bottles and rocks at officers. Woodruff said he hadn't
heard about the notice to disperse.

"What I witnessed on Saturday was unjustifiable," he said. "And
for me, I think that is a clear indication that it wasn't the
protesters that were the problem; I think it was the LAPD and how
they chose to respond to the situation."

LAPD said three officers were hurt during Saturday's protest. It
did not say how many civilians were injured.

This article tagged under:

LOS ANGELES

U.S. Privacy

SUPERSAVINGS | SPONSORED                                    Learn More

**Seniors Born 1939–1969 Receive 11 Benefits This Month If They
Ask**

SWEET PENNY STOCKS | SPONSORED                              Read More

**Navy Lifts Plane From Ocean Floor, Then They Look Inside**

TONIGHT

**75°**    62°

Fair       TOMORROW
0% Precip  **80°**

WELLNESSGUIDE | SPONSORED

**Forget Furosemide, Use This Household Item To Help Drain...**

[Learn more]

GUNDRYMD | SPONSORED

**U.S. Cardiologist Warns Aging Seniors About Blueberries for Breakfast**

[Learn more]

BLINKIST | SPONSORED

**10 Books The Wealthiest People in the World Read That Poor People Never Open**

[Learn More]



NEWSLETTERS

SUBMIT TIPS FOR INVESTIGATIONS

CONTACT US AND MEET THE NEWS TEAM

OUR NEWS STANDARDS

INTERNSHIPS WITH NBC4 AND TELEMUNDO 52 LOS ANGELES

XFINITY: INTERNET, TV, STREAMING, MORE

KNBC Public Inspection File

KNBC Accessibility

KNBC Employment Information

FCC Applications

Send Feedback

Advertise With Us

Privacy Policy

Terms of Service

Your Privacy Choices

CA Notice

Ad Choices

Copyright © 2025 NBCUniversal Media, LLC. All rights reserved

# Exhibit 71





# Exhibit 72

This exhibit is a video:

https://bsky.app/profile/cwebbonline.com/post/3lrndlulp522g

To be lodged with the Court separately

# Exhibit 73

PetaPixel

Reviews Guides Learn Podcast Newsletters Sample Galleries Store Send Tip Login

  

# AFP Photographer Shot Twice by Rubber Bullets During LA Protests

🕐 **JUN 17, 2025**      👤 **MATT GROWCOOT**

   



Members of the California National Guard stand in front of protesters.

An AFP photographer was shot in the head by a rubber bullet during the Los Angeles protests on Saturday — at least the third photographer who has been injured by less-lethal weapons since the unrest began.

ADVERTISEMENT

ADVERTISEMENT

The AFP (Agence France-Presse) photographer was shot in the face and leg while covering a standoff between protesters and police in downtown L.A. Officers from the Los Angeles Police Department (LAPD) were attempting to disperse a crowd and fired their weapons. He is now recovering from his injuries.

"I was covering the protest … approximately 90 feet away from the police when I received the impact of a rubber bullet in my face and another one in my right arm," the photographer, who wishes to remain anonymous, tells *France 24.* "I was working with two cameras, a helmet with AFP stickers on it and also, I had a big patch on my chest that said 'Press.'"

While not acknowledging the incident directly, the LAPD issued a statement confirming it had attempted to clear an unlawful assembly.

"Following the dispersal order, less-lethal munitions were used to clear the area of those who refused to comply and leave the area," the LAPD tells AFP.

The Los Angeles County Sheriff's Department (LASD) says it is checking to see whether its personnel were involved in the incident. "The LASD does not condone any actions that intentionally target members of the press," it adds.

ADVERTISEMENT

1261

# Members of the Media Keep Getting Shot

The incident is one of several where working journalists and photographers have been injured by authorities. A *New York Post* photographer <u>recorded himself getting shot in the head</u> by a rubber bullet while above the 101 freeway. The strike left a nasty bruise on Toby Canham's head.

That incident came after another photographer, Nick Stern, was shot by a high-velocity sponge bullet that tore through his thigh. Stern needed emergency surgery after it left his muscle exposed and surgeons found a 40mm wide and 60mm long object in his leg which he suspects was a round that consisted of a sponge nose and a plastic body.

> ❝ *The police fired rubber bullets at Australian reporter Lauren Tomasi while she was reporting live from Los Angeles today.*
>
> *Appalling and unjustified.*
> *pic.twitter.com/QLixvXawDg*
>
> — *Republicans against Trump (@RpsAgainstTrump)* *June 9, 2025*

An Australian TV reporter was also struck by one of the less-lethal bullets. It was recorded on camera (above) and shows Lauren Tomasi of 9 News screaming out after an officer fired at her.

Yesterday, the *Los Angeles Times* reported that a coalition of press rights organizations is seeking a court order to prevent the "continuing abuse" of journalists at the hands of the police during the protest.

The L.A. protests began on June 6 and have continued daily. Anger over raids by Immigration and Customs Enforcement (ICE) fueled the protests which have been largely peaceful but at times have spiraled into rioting. Trump has sent in 3,000 National Guard and 700 Marines to the city.

1262

ADVERTISEMENT

***Image credits:*** *U.S. Northern Command*

 **NEWS**

 **AFP, AGENCEFRANCEPRESSE, LAPD, LAPROTEST, LOSANGELES, PRESSPHOTOGRAPHER, PROTESTS, RUBBERBULLETS**

PetaPixel articles may include affiliate links; if you buy something through such a link, PetaPixel may earn a commission.

## RELATED ARTICLES

**Another Photographer Struck by Rubber Bullets During LA Protests, This Time in the Eye**

**Photographer and Reporter Shot by Rubber Bullets During LA Protests**

**Photojournalist Blinded by Rubber Bullet While Covering Protests in Minnesota**

**Photographer Records Himself Getting Shot in the Head by Rubber Bullet at LA Protests**

## DISCUSSION

LOAD COMMENTS

## BECOME A MEMBER

Become a PetaPixel Member and access our content ad-free.

SUBSCRIBE NOW

# Exhibit 74

EN

FRANCE    AFRICA    MIDDLE EAST    AMERICAS    EUROPE    ASIA-PACIFIC

HOME    AMERICAS

# AFP photographer recovers after being shot in face with rubber bullet at LA protest

**AMERICAS**

**An Agence France-Presse photographer was recovering Monday after he was shot in the face with a rubber bullet by law enforcement during their standoff with protesters in downtown Los Angeles.**

Issued on: 17/06/2025 - 02:59   Modified: 17/06/2025 - 02:56

2 min

By: FRANCE 24 / FRANCE 24



The AFP photographer was injured as police moved to clear protesters in Los Angeles. © Robyn Beck, AFP

An Agence France-Presse photographer was recovering Monday after he was shot in the face with a rubber bullet by law enforcement during their standoff with protesters in downtown Los Angeles.

The photographer was covering demonstrations on Saturday – part of the many rallies across the country against US President Donald Trump.

He was struck twice by rubber bullets fired by authorities when they abruptly moved in to disperse protesters, and had to be treated in hospital for his injuries.

"I was covering the protest ... approximately 90 feet away from the police when I received the impact of a rubber bullet in my face and another one in my right arm," he recalled.

The photographer, who asked to remain anonymous, said he was clearly identified as a journalist.

"I was working with two cameras, a helmet with AFP stickers on it and also, I had a big

patch on my chest that said 'Press,'" he added.

Los Angeles Police Department did not acknowledge firing at the photographer but said it had sought to clear protesters after declaring an unlawful assembly.

"Following the dispersal order, less-lethal munitions were used to clear the area of those who refused to comply and leave the area," it told AFP in a statement.

**WATCH MORE**

**Los Angeles protests: How AI and chatbots are feeding fake news**

Los Angeles County Sheriff's Department, which also policed the protest, said it was reviewing footage of the incident but added it was "not clear whether our personnel were involved".

"The LASD does not condone any actions that intentionally target members of the press," it said.

Saturday's rally was the largest of the protests that began in Los Angeles on June 6 and have continued daily ever since.

They first erupted in anger at raids by Immigration and Customs Enforcement (ICE), which has been ordered by the Trump administration to target undocumented migrants across the sprawling, heavily Latino city.

**READ MORE**

**What ICE's armed LA raids tell us about Trump's plans for mass deportations**

The demonstrations have been mostly peaceful and confined to a small section of downtown Los Angeles.

1268

But at times they have spiraled into violence that Trump has pounced on to send 4,000 National Guard and 700 Marines into the city – a move loudly protested by local officials.

**READ MORE**

> **Marines in LA: Trump chooses strategy of escalation against anti-ICE protests**

Other journalists have also been injured during the protests.

The Guardian newspaper reported that a British photographer had to undergo emergency surgery after he was shot in the leg by a non-lethal round on June 7.

Meanwhile, an Australian reporter was hit in the leg by a rubber bullet while she was reporting on live television on June 8, an incident slammed by the country's prime minister as "horrific".

And the New York Post said its photographer was shot in the head with a rubber bullet, also during the June 8 clashes.

*(FRANCE 24 with AFP)*

---

# READ NEXT

**Millions take to the streets in 'No Kings' anti-Trump protests across the US**

**AMERICAS**

**Protests over Trump's immigration raids spread across the US**

**AMERICAS**

1269

# Exhibit 75



FLAMING HYDRA

JUN 19, 2025

# Show of strength

Tod Seelie photographs No Kings in Los Angeles



Images: Tod Seelie

Today: **Tod Seelie**, photographer and author of **BRIGHT NIGHTS:**
1271

*__Photographs of Another New York__*.

ISSUE NO. 344

### __No Kings: Los Angeles__

Tod Seelie

### __HYDRANYM No. 4: Vote!__

The Editors

# NO KINGS: LOS ANGELES

## *by* TOD SEELIE

What the LAPD, Los Angeles Sheriff's Department, and California Highway Patrol lack in numbers, they make up for in sheer violence. Other cities like to kettle protesters and do mass arrests. The LAPD would rather shoot you in the head with a less-lethal projectile and hope you don't come back next time. Announcements to disperse come at a whisper volume, followed by a lot of tear gas.

I'm not saying the cruelty is the point. But it's certainly a feature, more than it's a bug. Los Angeles protests have always been a wild mix of chaos and levity, violence and boredom, occasionally tilting into the surreal and dangerous.

I covered L.A.'s No Kings protest on June 14th wearing a helmet with a press

badge on it and my media credentials. I was tear-gassed multiple times, shot in the leg with a projectile, shoved almost to the ground by the LAPD, and shoved to the ground by protesters objecting to photography. Other journalists fared far worse than I did.









Photos: Tod Seelie








Photos: Tod Seelie









Photos: Tod Seelie





1274



Photos: Tod Seelie

# HAPPY JUNETEENTH TO ALL



*Miles Klee*

# Exhibit 76

This exhibit is a video:

https://x.com/Channel5iveNews/status/1932497835288560088

To be lodged with the Court separately

# Exhibit 77

This exhibit is a video:

https://www.instagram.com/reel/DKp_9HZBtUp/?utm_source=ig_web_copy_link&igsh=MTA4eWZ3MXFxYzN4Ng%3D%3D

To be lodged with the Court separately

# Exhibit 78

This exhibit is a video:

https://www.instagram.com/reel/DK5lXdvy8OP/?utm_source=ig_web_copy_link&igsh=c3U0ZGhhZ3d0Zmc=

To be lodged with the Court separately

# Exhibit 79



Fri 10/30/2020 11:38 AM

DOC Communications Division

**Media**

To    DOC Communications Division

To All Department Personnel:

Protests and demonstrations are occurring daily in Los Angeles as well as other cities across the
Nation. Some of those public gatherings have involved instances of civil disobedience. Others have
devolved into acts of violence against our personnel, vandalism, arson and looting. Media representatives
have a legitimate interest in providing the public with information on these events. Existing Department
policy provides specific guidelines regarding media representative access to closed areas, as well as
providing a safe designated area for media purposes.

The intent of this message is to remind supervisors and line personnel that the Department WILL
recognize individuals who self-identify as media representatives and will NOT require specific media
credentials. Public Communications Group and Media Relations Division have been in communication with
the Radio Television News Association to discuss acceptable conduct during protests, while this
organization does not represent every news entity, they do provide a communication conduit for many
journalists in the area. There was shared agreement that media should seek to identify themselves to an
officer or supervisor at an incident. While officers can ask individuals who identify themselves as a member
of the media, for identification from the organization they represent, which may consist of a business card
or company ID, **the inability to produce identification does not preclude an individual from acting as
a member of the media**.

When an unlawful assembly has been declared and a dispersal order has been given, the Incident
Commander (IC) and PIO representative will establish a safe working area for members of the
media. Officers are reminded that media representatives may be allowed behind skirmish lines but may
not move back and forth through police lines or otherwise interfere with police actions.

As always, the decision to assume any risk of danger involved in covering a public event remains with the
individual news reporter making such decision; however, any such decision does not constitute a waiver by
a reporter of any constitutional or other legal rights.

If there are any questions please contact Media Relations Division at 213-486-5910

DOMINIC H. CHOI, Deputy Chief
Chief of Staff
Office of the Chief of Police

1283

CITY_045797

# Exhibit 80

INTRADEPARTMENTAL CORRESPONDENCE

RECEIVED

DEC 0 9 2021

POLICE COMMISSION

December 8, 2021
1.14

REVIEWED BY:

RICHARD M TEFANK    DATE
EXECUTIVE DIRECTOR

**TO:**        The Honorable Board of Police Commissioners

**FROM:**    Chief of Police

**SUBJECT:**    ASSEMBLY BILL 48 – USE OF KINETIC ENERGY PROJECTILES AND
CHEMICAL AGENTS; AND, SENATE BILL 98 – MEDIA ACCESS TO
CLOSED AREAS – ASSEMBLIES, PROTESTS AND DEMONSTRATIONS

**RECOMMENDED ACTION**

It is recommended that the Board of Police Commissioners REVIEW and APPROVE the newly
established Notice regarding the use of kinetic energy projectiles and chemical agents, as well as
news media access, during crowd control situations.

**DISCUSSION**

On January 1, 2022, Assembly Bill (AB) 48 and Senate Bill (SB) 98 become effective.  Assembly
Bill 48 prohibits the use of kinetic energy projectiles or chemical agents by law enforcement at
assemblies, protests, and demonstrations unless certain specified criteria are met.  Senate Bill 98
requires law enforcement to allow the media access to command posts, behind police lines, or other
rolling closures at assemblies, protests, demonstrations, rallies, marches or where individuals are
engaged in other constitutionally protected activities.  The Notice delineates the specific procedures
pertaining to kinetic energy projectiles and chemical agents, as well as media access, pursuant to the
new legislation.

Should you have additional questions regarding this matter, please contact Director Lizabeth
Rhodes, Office of Constitutional Policing and Policy, at (213) 486-8730.

Respectfully,

MICHEL R. MOORE
Chief of Police

Attachment

1285

# OFFICE OF THE CHIEF OF POLICE

N O T I C E
1.14

**TO:**      All Department Personnel

**FROM:**    Chief of Police

**SUBJECT:**  ASSEMBLY BILL 48 – USE OF KINETIC ENERGY PROJECTILES AND
CHEMICAL AGENTS; AND, SENATE BILL 98 – MEDIA ACCESS TO
CLOSED AREAS – ASSEMBLIES, PROTESTS AND DEMONSTRATIONS

On January 1, 2022, Assembly Bill (AB) 48 and Senate Bill (SB) 98 become effective.
Assembly Bill 48 prohibits the use of kinetic energy projectiles or chemical agents by law
enforcement at assemblies, protests, and demonstrations unless certain specified criteria are met.
Senate Bill 98 requires law enforcement to allow duly authorized representatives of the media
access to command posts, behind police lines, or other rolling closures at assemblies, protests,
demonstrations, rallies, marches, or where individuals are engaged in First Amendment
activities.  The purpose of this Notice is to delineate the specific procedures pertaining to kinetic
energy projectiles and chemical agents, as well as media access, pursuant to the new legislation.

**Kinetic Energy Projectiles and Chemical Agents**

Per AB 48, kinetic energy projectiles and chemical agents [i.e., 37mm Less-Lethal Launcher,
40mm Less-Lethal Launcher, Oleoresin Capsicum (OC Spray)] shall not be used solely due to an
imposed curfew, verbal threat, or non-compliance with a Department directive.  Further, if
kinetic energy projectiles or chemical agents are used during assemblies, protests, or
demonstrations, they shall only be used to defend against a threat to life or serious bodily injury
to any individual, including a peace officer, or to bring an objectively dangerous and unlawful
situation safely and effectively under control, **and**, in accordance with the following
requirements:

- De-escalation techniques or other alternatives to force have been attempted when
  objectively reasonable, and have failed;
- Repeated audible announcements have been made stating the intent to use kinetic energy
  projectiles or chemical agents, when objectively reasonable to do so (in multiple
  languages and from various locations, if appropriate);
- Persons have been given an objectively reasonable opportunity to disperse and leave the
  scene;
- An objectively reasonable effort has been made to identify persons engaged in violent
  acts and those who are not.  Kinetic energy projectiles and chemical agents shall not be
  used indiscriminately on a crowd or group of persons, and shall instead be targeted
  toward those individuals engaged in violent acts;

All Department Personnel
Page 2
1.14

- Kinetic energy projectiles and chemical agents shall only be used as objectively reasonable, and only with the frequency, intensity, and in a manner that is proportional to the threat;
- Officers shall minimize the possible incidental impact of the use of kinetic energy projectiles and chemical agents on bystanders, medical personnel, journalists, or other unintended targets;
- An objectively reasonable effort has been made to extract individuals in distress;
- Medical assistance is promptly requested and, if properly trained personnel are present, to provide such assistance to injured persons, when it is reasonable and safe to do so; and,
- Kinetic energy projectiles shall not be aimed at the head, neck, or other vital organs.

If kinetic energy projectiles or chemical agents are used during assemblies, protests, or demonstrations, the Department shall, within 60 days of each incident, publish a summary of the incident on the Department's public webpage.  The summary shall include only the following information:

- A description of the assembly, protest, demonstration or incident, including the approximate crowd size and number of officers involved;
- The type of kinetic energy or chemical agent used;
- The number of rounds used or quantity of chemical agent dispersed;
- The number of documented injuries as a result of the use of kinetic energy projectiles or chemical agent; and,
- The justification for using kinetic energy projectiles or chemical agents, including any de-escalation efforts or protocols, and other measures taken to avoid the necessity of using the kinetic energy projectiles or chemical agent.

  **Note:**  Assembly Bill 48 permits the Department to extend the 60-day period for another 30 days if it demonstrates good cause; however, in no case longer than 90 days from the time of the incident.

  **Note:**  Although the use of a beanbag shotgun is not prohibited by AB 48, Department personnel **shall not** use a beanbag shotgun during crowd control situations (see Office of the Chief of Police Notice dated September 28, 2021, entitled *Prohibition on the Use of the Beanbag Shotgun in a Crowd Control Situation*).

**Media Access to Closed Areas**

<u>Duly Authorized Representatives of the Media.</u>  Those persons possessing current, valid credentials issued by the Department or other bona fide law enforcement agency, or other identification establishing duly authorized representation of news media affiliation or employment.

  **Note:**  "Freelance" reporters or photographers possessing a valid media credential or other identification establishing duly authorized news media affiliation or primary employment shall be deemed as authorized news media representatives.

1287

All Department Personnel
Page 3
1.14

As per SB 98, if officers close the immediate area surrounding any emergency field command post or other area, police line, skirmish line, or other rolling closure at any demonstration, march, protest, rally, or where individuals are primarily engaged in any activity that is protected by the First Amendment to the United States Constitution or Article I of the California Constitution, the following requirements shall apply:

- A duly authorized representative of the media shall include any member of a news service, online news service, newspaper, or radio or television station or network; and those persons may enter the closed area;
- Officers shall not intentionally assault, interfere with, or obstruct the duly authorized representative of the media who is gathering, receiving, or processing information for communication to the public;

> **Note:** The Department may restrict access to a command post (i.e., the area where incident-specific information is being shared by public safety personnel, strategic decisions are being made, or deliberations are ongoing), or crime scenes for the purpose of the preservation of evidence.

- A duly authorized representative of the media who is in a closed area described above shall not be cited for failure to disperse, a violation of curfew, or other violation of paragraph (1) of subdivision (a) of California Penal Code Section 148, for gathering, receiving or processing information; and,
- If a duly authorized representative of the media is detained, that member of the media shall be permitted to contact a Department supervisor immediately to challenge the detention, unless circumstances make it impossible to do so.

> **Note:** Nothing precludes officers from enforcing other applicable laws if the member of the media is engaged in activity that is otherwise unlawful or is interfering with official law enforcement duties including, but not limited to, collecting evidence and making arrests.

This Notice supersedes any previous publications, directives, or guides regarding to the use of kinetic energy projectiles and chemical agents, as well as news media access, as it pertains to the provisions of AB 48 and SB 98. The Department Emergency Operations Guide and Media Relations Handbook will be updated accordingly as it pertains to this Notice.

Should you have any questions regarding this Notice, please contact the Office of Constitutional Policing and Policy, at (213) 486-8730.

MICHEL R. MOORE
Chief of Police

DISTRIBUTION "D"

1288