CAROL A SOBEL SBN 84483
Weston Rowland SBN 327599
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
t. (310) 393-3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

David Loy SBN 229235
Aaron R. Field SBN 310648
First Amendment Coalition
534 4th St., Suite B
San Rafael, CA 94901
t.(415) 460-5060
e. dloy@firstamendmentcoalition.org
e. afield@firstamendmentcoalition.org

Peter Bibring SBN 223981
Law Office of Peter Bibring
2140 W Sunset Blvd # 203,
Los Angeles, CA 90026
t.(213) 471-2022
e. peter@bibringlaw.com

Paul Hoffman, SBN 71244
Michael Seplow, SBN 150183
John Washington, SBN 315991
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, California 90254
t.(310) 396-0731
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. jwashington@sshhlaw.com

Susan E Seager SBN 204824
Law Office of Susan Seager
128 N. Fair Oaks Avenue
Pasadena, CA 91103
t. (310) 890-8991
e. susanseager1999@gmail.com

LINK 45

**United States District Court**
**Central District of California – Western Division**

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, jIM McDONNELL, LAPD CHIEF, sued in his official capacity;<br><br>DEFENDANTS. | Case No. 2:25-CV-05423-HDV-E<br><br>[~~PROPOSED~~] ORDER RE:<br><br>STIPULATED AGREEMENT TO EXTEND THE TEMPORARY RESTRAINING ORDER AND RESET THE BRIEFING SCHEDULE ON AN ORDER TO CAUSE ON ISSUANCE OF A PRELIMINARY INJUNCTION<br><br>DATE: N/A<br>TIME: N/A<br>CTRM: 5B Hon. Hernàn Vera |

PROPOSED ORDER RE: STIPULATED AGREEMENT TO EXTEND TRO AND RESET BRIEFING ON OSC RE PRELIMNARY INJUNCTION

1

On July 10, 2025, the Court issued a temporary restraining in this matter and set a briefing schedule on a preliminary injunction. Doc. 44. In accord with that order, the Parties to the above-captioned action, by and through their respective counsel, have submitted a stipulated agreement to extend the temporary restraining order and reset the briefing schedule on an order to show cause on issuance of a preliminary injunction.

The current and proposed revised dates for the briefing are as follows:

Plaintiffs' brief: current date July 15, 2025, continued to July 22, 2025.

Defendants' brief: current date July 21, 2025, continued to August 4, 2025.

Hearing on OSC: current date set for July 24, 2025, continued to August 11, 2025.

**IT IS SO ORDERED.**

Dated: 7/18/25

UNITED STATES DISTRICT JUDGE

Lodged by:

Law Office of Carol A. Sobel
By: /s/ Carol A. Sobel
Attorneys for Plaintiffs

PROPOSED ORDER RE STIPULATED AGREEMENT TO EXTEND TRO AND RESET BRIEFING ON OSC RE PRELIMNARY INJUNCTION 2