# United States District Court
## Central District of California – Western Division

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, JIM McDONNELL, LAPD CHIEF, sued in his official capacity;<br><br>DEFENDANTS. | Case No. 2:25-CV-05423-HDV-E<br><br>ORDER RE:<br><br>STIPULATED AGREEMENT TO EXTEND THE TEMPORARY RESTRAINING ORDER AND RESET THE BRIEFING SCHEDULE ON AN ORDER TO CAUSE ON ISSUANCE OF A PRELIMINARY INJUNCTION<br><br>DATE: 8/11/24<br>TIME: 10:00 A.M.<br>CTRM: 5B Hon. Hernàn Vera |

ORDER RE SECOND STIPULATED AGREEMENT TO EXTEND TRO AND RESET BRIEFING ON OSC RE PRELIMNARY INJUNCTION

1

The Parties to the above-titled action, through their respective counsel, submit this Second Stipulation to extend the Temporary Restraining Order, continue the hearing on the Preliminary Injunction currently set for August 11, 2025 to August 25, 2025, and reset the briefing schedule on the OSC re issuance of a preliminary injunction.

The extension is requested to provide the City with sufficient time to respond to the declarations and exhibits filed in support of the Ex Parte Application granted by the Court.

The current and proposed dates for the briefing are as follows:

1. Plaintiffs' brief was filed on July 22, 2025.
2. Defendants' opposition brief filing date would be continued to August 18, 2025.
3. Hearing on OSC: current date set for August 11, 2025 would be continued to August 25, 2025.

The Court finds good cause to grant the requested relief. The hearing on the OSC re Issuance of a Preliminary Injunction is continued from August 11, 2025 to August 25, 2025 at 10:00 a.m. Defendants shall file their Opposition no later than August 18, 2025.

Dated: August 4, 2025

_____
UNITED STATES DISTRICT JUDGE

ORDER RE SECOND STIPULATED AGREEMENT TO EXTEND TRO AND RESET BRIEFING ON OSC RE PRELIMNARY INJUNCTION

2