LINK 61

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>CITY OF LOS ANGELES, a municipal entity, JIM McDONNELL, LAPD CHIEF, sued in his official capacity;<br><br>　　　　　Defendants. | CASE NO. 2:25-cv-05423-HDV-E<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO STAY DEFENDANT'S RESPONSE TO COMPLAINT PENDING RULING ON PRELIMINARY INJUNCTION** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Upon review of the Parties' Stipulation to Stay Defendants' Response to Complaint Pending Ruling on Preliminary Injunction, the Court rules as follows:

The Parties stipulation, supported by good cause, is **GRANTED**. Accordingly, Defendants City of Los Angeles and Jim McDonnells' deadline to respond to Plaintiffs' Complaint will be 30 days following issuance of the Court's ruling on Plaintiffs' Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

Dated: 8/8/25

Hon. Hernán D. Vera
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING STIPULATION TO STAY DEFENDANTS' RESPONSE TO COMPLAINT PENDING RULING ON PRELIMINARY INJUNCTION