Carol A Sobel SBN 84483
Weston Rowland SBN 327599
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
t. (310) 393-3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

David Loy SBN 229235
Aaron R. Field SBN 310648
First Amendment Coalition
534 4th St., Suite B
San Rafael, CA 94901
t. (415) 460-5060
e. dloy@firstamendmentcoalition.org
e. afield@firstamendmentcoalition.org

Peter Bibring, SBN 223981
Law Office of Peter Bibring
2140 W. Sunset Blvd. #203
Los Angeles, CA 90026
t. (213) 471-2022
e. peter@bibringlaw.com

Paul Hoffman, SBN 71244
Michael Seplow, SBN 150183
John Washington, SBN 315991
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, California 90254
t.(310) 396-0731
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. jwashington@sshhlaw.com

Susan E Seager SBN 204824
Law Office of Susan Seager
128 N. Fair Oaks Avenue
Pasadena, CA 91103
t. (310) 890-8991
e. susanseager1999@gmail.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, JIM McDONNELL, LAPD CHIEF, sued in his official capacity;<br><br>Defendants. | Case No. 25-cv-05423 HDV-E<br><br>**DECLARATION OF SEAN BECKNER-CARMITCHEL IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT**<br><br>Hon. Hernán D. Vera<br><br>Date:  TBD<br>Time:  TBD<br>Ctrm:  5B |

**Declaration of Sean Beckner-Carmitchel**

I, Sean Beckner-Carmitchel, hereby declare:

1. I am a freelance multi-media journalist in the Southern California area and member of the Los Angeles Press Club. I submit this declaration in support of the PLAINTIFFS' EX PARTE APPLICATION FOR CONTEMPT. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been working as a freelance journalist in the Southern California area for the past six years. I produce video, audio, photos and articles about a range of events and topics, with a focus on law enforcement agencies and public protests. My work has been published by various news organizations, including CNN, ABC's Good Morning America, BBC, The New York Times, CalMatters, the Beverly Hills Courier, Los Angeles Public Press, and Knock LA. I have posted my videos and reporting on my account on the online social media platform BlueSky and on YouTube.

3. Based on my six years of reporting about law enforcement in the Los Angeles area, I am able to recognize LAPD officers by their cars that are marked "Los Angeles Police Department," and their dark blue uniforms, and arm patches.

4. On August 8, 2025, I was working as a freelance photojournalist covering a protest and march against federal immigration raids in Los Angeles that began at a Home Depot in the Westlake neighborhood in the City of Los Angeles. I was wearing my press identification card created by the Los Angeles Press Club, which is a laminated photograph of me and the words "press" in a lanyard attached to my pants. I carried one Sony A7 camera, which is commonly used for professional news gathering. A true and correct copy of my Los Angeles Press Club press identification card is attached hereto as Exhibit 85.

5. I filmed protesters as they marched on public streets and sidewalks from the Home Depot to the federal Metropolitan Detention Center (MDC) where immigrants are being held. The march lasted over two hours.

6. When I arrived at the MDC, I saw that about 100 protesters had stopped in front of that building and were protesting in a spirited, non-violent way. A group of LAPD officers drove up to the area, got out of their vehicles, and eventually formed a line in the street in front of the MDC. I saw police conversing with protesters. The officers were wearing riot gear. Some protesters were standing in the street shouting at police officers. From my vantage point, I did not see the protesters act violently or throw anything at officers when the officers arrived. I saw several other journalists who were peacefully filming and reporting about the protest and LAPD actions outside the MDC, including Nick Stern, a British photojournalist.

7. At some point, I saw the LAPD officers form a line in the street in front of the MDC and start screaming at the protesters to "Move back" as officers marched with their batons drawn. I did not hear any declaration of an unlawful assembly or dispersal order at this point. As the LAPD line moved toward the protesters, I saw officers shove quite a few people to the ground. I did not hear any instructions for media. I saw LAPD officers strike multiple journalists with batons, and shove and push journalists in the street in a span of a few minutes.

8. As things calmed down, I checked on British photojournalist Nick Stern, who had visible blood on his face, press identification card, and shirt. I took photographs and video of him displaying a press identification card to the LAPD officer, but the officer hit him with a baton anyway. It is difficult for me to believe that the LAPD officer did not see his press pass. Nick Stern was wearing a dark shirt, pants, and a camera with a microphone attached. True and correct copies of my photographs of Nick Stern are attached hereto as Exhibit 104 available at https://drive.google.com/file/d/15uOfnxSVW2csaYmYnmIbC4FFPYtdRpyv/view?usp=share_link and Exhibit 108 available at https://drive.google.com/file/d/1FemMc5JeiiSuPhzIH6Gy-E6xuxmOE8Xf/view?usp=drive_link



*Exhibit 104*



*Exhibit 108*

9. At some point when the LAPD officers were not marching toward the protesters, I approached the police line and said, "I'd like to see a supervisor or public affairs officer," known as a PIO. But I was told move back. I told the officers something to the effect of, "I want to remind of you of [Penal Code section] 409.7. There's a lot of media that's gotten hurt." An LAPD officer responded by shoving me and hitting me in my ribs on my left side with his baton. I still have sore ribs a day later and a small bruise. In that moment, the police were not marching their line towards protesters. Everyone was standing in place.

10. During other calm moments, I asked LAPD Officers standing in line for a

supervisor or public information officer multiple times, but I either received blank stares from LAPD officers, or I was told to move. See e.g. Exhibit 090 at 3:02 available at https://drive.google.com/file/d/1is3kdg6eLDSp0-GWzw-aooLxEP531_SZ/view?usp=drive_link ; Exhibit 106 at 0:29-0:44 & 1:10-2:14 available at https://drive.google.com/file/d/1VC_YjLaSWjnh6c0gnuWs-kFpGPO570yc/view?usp=sharing

11. At some point, I heard the LAPD make a dispersal order. I did not leave my position covering the protest and police because I thought I had the right to stay behind police lines and report about the protesters and police because of Penal Code section 409.7 and the temporary restraining order in this case.

12. Many of the protestors left at that point, but about 20 protestors remained. I stayed with them, as did several other journalists, as LAPD pushed them down a side street east of Alameda Street.

13. Once again I approached the police line and I said something to the effect of, "I'd like to speak to a supervisor or PIO, and I want to gently remind you all of 409.7 and the TRO." An LAPD officer told me to wait and they would talk to a supervisor. An LAPD officer came up to me and asked me, "Do you need to leave?" I said, "No, I want to remind you of 409.7 and the TRO." No supervisor was made available to me. So eventually I moved away from the police line, being concerned for my safety waiting in front of those officers.

14. The police line began moving again, pushing the protesters to North Garey Street near Ducommun Street. Eventually an officer yelled out, "Everyone get against the wall." The officers effectively kettled the protesters and several members of the media, including me. I calmly walked up to an LAPD officer, "Do you mean media as well?" The officer signaled that I had to join the others at the wall. A true and correct copy of my video of this interaction with LAPD officer is attached hereto as Exhibit 105, available at https://drive.google.com/file/d/1TOgtHDrb8F_0fmfS5ddlNA9Z9Ib3Z-Ip/view?usp=share_link.

4
DECLARATION OF SEAN BECKNER-CARMITCHEL IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT

15. The LAPD then made about 20 protesters and several members of the media, including me, stand against the wall and told everyone to face the wall. I said, "Hey, there is 409.7 and TRO," but the officers said that doesn't matter right now. I said, "It does matter, though, because the statute pretty much dictates that media is exempt from dispersal orders." I asked for a supervisor or PIO about 10 more times. During my detainment, I went live on YouTube and was actually cuffed while live on YouTube multiple times asking for supervisor, told it wasn't important right now, it doesn't matter right now.

16. The other journalists I saw detained with me included photojournalist Carrie Shreck, photojournalist Nate Gowdy, and independent journalist Mel Buer. Mel Buer was wearing a white press pass throughout the detainment. A true and correct copy of a photograph showing me and journalists Mel Buer and Nate Gowdy standing against the wall as we were detained, showing that I and Buer had our white press identification cards attached to the outside of our clothing as we were detained by the LAPD is attached as Exhibit 107, available at



https://drive.google.com/file/d/10EfqRsg54XOlEhud57w4dUhvX5fGjO0P/view?usp=drive_link

17. One LAPD officer, whose name I believe is Gallegos, was putting flex cuffs on me when I asked for supervisor or PIO, and he told me, I can "bitch" however I want. I was cuffed with plastic flex cuffs and ordered to stand next to the wall for 1-2 hours. I could hear some protesters shouting to the police that some members of the media were

being detained.

18. Eventually an LAPD officer asked for my name and my identifying information. I pointedly told the officer that my ID was in my wallet in my right pocket, beneath my press pass. An officer gave me a handwritten card dated 8-8-25 that said, "Detained during an illegal assembly. Failed to disperse after multiple dispersal orders." A true and correct copy of the card is attached hereto as Exhibit 86, available at https://drive.google.com/file/d/1WROTVaOSI-hx1bpT6ijLqirLpQgCdoeO/view?usp=share_link.

19. I repeatedly asked for PIO or supervisor when I was being detained. Finally, after I had been detained for about 1-2 hours, LAPD Lieutenant Cherie L. Stelter approached the group who had been cuffed and asked if we were media. I said I was media, and said several others said they were media. Lt. Stelter asked where my credential were. I showed her my Los Angeles Press Club press identification card. Lt. Stelter lectured me and the other journalists who had been detained that we were at fault because we stayed in the crowd of protesters, but Lt. Stelter did not acknowledge that LAPD officers failed to give any instructions to the media. I asked for Lt. Stelter's card, which she did not give to me immediately. I then asked another lieutenant, who provided the card for the two lieutenants. Despite me requesting Gallegos' card, I never received it. When I was in the process of being uncuffed and allowed to leave, I began filming again, and an officer told me I was still under detainment and was not permitted to film. One officer made fun of me, saying, something to the effect of, "You are expert on the law now?" I asked the officer if they had been trained on 409.7, and he said yes.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 11th day of August, 2025, in Los Angeles, California.

_____
Sean Beckner-Carmitchel