Carol A Sobel SBN 84483
Weston Rowland SBN 327599
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
t. (310) 393-3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

David Loy SBN 229235
Aaron R. Field SBN 310648
First Amendment Coalition
534 4th St., Suite B
San Rafael, CA 94901
t. (415) 460-5060
e. dloy@firstamendmentcoalition.org
e. afield@firstamendmentcoalition.org

Peter Bibring, SBN 223981
Law Office of Peter Bibring
2140 W. Sunset Blvd. #203
Los Angeles, CA 90026
t. (213) 471-2022
e. peter@bibringlaw.com

Paul Hoffman, SBN 71244
Michael Seplow, SBN 150183
John Washington, SBN 315991
Schonbrun, Seplow, Harris, Hoffman
& Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, California 90254
t.(310) 396-0731
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. jwashington@sshhlaw.com

Susan E Seager SBN 204824
Law Office of Susan Seager
128 N. Fair Oaks Avenue
Pasadena, CA 91103
t. (310) 890-8991
e. susanseager1999@gmail.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, JIM McDONNELL, LAPD CHIEF, sued in his official capacity;<br><br>DEFENDANTS. | Case No. 25-cv-05423 HDV-E<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUCTION**<br><br>Hon. Hernán D. Vera<br><br>Date: August 25, 2025<br>Time: 10:00 am<br>Ctrm: 5B |

Plaintiffs hereby provide the Court and Defendants notice of supplemental authority in support of their application for a preliminary injunction to be heard by the Court on August 25, 2025: *Vasquez Perdomo v. Noem*, No. 25-4312, 2025 WL 2181709 (9th Cir. Aug. 1, 2025). This Ninth Circuit decision was issued after Plaintiffs filed their Memorandum of Points and Authorities in Support of Preliminary Injunction, Dkt. No. 47, on July 22, 2025.

*Vasquez Perdomo* provides guidance for the instant case on several issues, including the Ninth Circuit's holding that the plaintiffs had standing to obtain injunctive relief to block constitutional violations by law enforcement agencies, *id.* at *8-*13; that it was necessary to issue an injunction that applied to all individuals in the Central District, *id.* at *20-*23; that the district court's temporary restraining order requiring law enforcement operations to follow the Fourth Amendment to the U.S. Constitution would not impose an irreparable injury on defendant agencies, *id.* at *23; that the defendant agencies' request to stay the TRO would impose irreparable injury to plaintiffs, *id.*; and that the public interest in upholding the Fourth Amendment favored allowing the TRO to remain in place, *id.* at *24.

The City of Los Angeles was granted permission to intervene as a party in *Vasquez Perdomo* and filed an amicus brief in the Supreme Court on August 12, 2025 in support of maintaining the district court's TRO and in opposition to petition for certiorari filed by law enforcement agencies seeking to stay the TRO affirmed by the Ninth Circuit in *Vasquez Perdomo*. *See* Brief of the City of Los Angeles, the County of Los Angeles, and 20 Central District Cities in Support of Respondents, *Noem v. Vasquez Perdomo*, No. 25A169, at https://www.supremecourt.gov/DocketPDF/25/25A169/369502/20250812164454634_25A169%20-%20Los%20Angeles%20Amicus%20Brief.pdf; Docket, *Noem v. Vasquez*

///

///

///

*Perdomo*, No. 25A169, at https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/25a169.html.

| Dated: August 17, 2025 | Respectfully submitted, |
|---|---|
| | LAW OFFICE OF CAROL A. SOBEL<br>FIRST AMENDMENT COALITION<br>LAW OFFICE OF PETER BIBRING<br>SCHONBRUN, SEPLOW, HARRIS,<br>   HOFFMAN & ZELDES LLP<br>LAW OFFICE OF SUSAN SEAGER |
| | By: /s/ Peter Bibring<br>      Peter Bibring |
| | *Attorneys for Plaintiffs* |