Hydee Feldstein Soto, City Attorney
Gabriel S. Dermer, Assistant City Attorney (SBN 229424)
200 North Main Street, 6th Floor
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, Status Coup <br><br> PLAINTIFF(S) <br><br> v. <br><br> City of Los Angeles, a municipal entity, Jim McDonnell, LAPD Chief, sued in his official capacity <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 25-CV-05423 HDV-E <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Exhibits A, C, H, J - VV to the Declaration of Lt. Jasmin Gomez; Exhibit C to the Declaration of Jennifer Forkish; Exhibits D, E, F, and G to the Declaration of Commander Ryan Whiteman.

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

August 18, 2025                                       Gabriel S. Dermer
Date                                                  Attorney Name
                                                      Defendants
                                                      Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**