Lopez Body Worn Video

Submitted Separately

**Exhibit J**