HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
CORY M. BRENTE, Senior Assistant City Attorney (SBN 115453)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7558 / Fax No.: (213) 978-7011

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF LOS ANGELES, a municipal entity, JIM MCDONNELL, LAPD CHIEF, sued in his official capacity;<br><br>　　　　　　Defendants. | **CASE NO. 25-CV-05423 HDV-E**<br><br>**DECLARATION OF JENNIFER FORKISH IN SUPPORT OF DFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

## DECLARATION OF JENNIFER FORKISH

1. I am employed by the City of Los Angeles where I serve as the Public Information Director with the Los Angeles Police Department ("LAPD"). I have been employed with the LAPD since July 29, 2024, and have served in my current role since that date. I am over the age of 18 years, have personal knowledge of the facts contained herein, and make the following factual statements based on that personal knowledge and my review of documents related to this matter. If called to testify, I could and would do so competently.

2. To support the LAPD's commitment to transparency with the media and the public when it comes to issues of public safety and concern, the LAPD's Media Relations Division is tasked with responding to scenes when appropriate and communicating with members of the media on incidents that generate interest. The role of LAPD's Media Relations Division, and guidelines for media access, are outlined in more detail in the LAPD's Media Relations Guide, a true and correct copy of which is attached hereto as **Exhibit A**. This reference guide is intended to provide LAPD personnel and members of the media with relevant policies and procedures, best practices, and applicable laws related to duties and responsibilities when interacting with the media.

3. My job as Public Information Director entails overseeing all aspects of media relations for the LAPD, including answering media questions, responding to interview requests, and Department-wide messaging. In my role as Public Information Director for the LAPD, I am routinely contacted by members of the media, who reach out to me with questions or concerns about media access to incidents at which there is LAPD presence, including public assemblies.

4. Though I (and others) received some complaints from members of the media concerning the response by law enforcement to protests that began in June 2025, I also received complimentary and positive feedback from various mainstream media outlets. For example, Alex Stone, a Los Angeles-based national correspondent for ABC

News Radio, sent a complimentary text message to me and LAPD Chief Jim McDonnell at 6:58 a.m. on Sunday, June 15, 2025, expressing gratitude to the LAPD for "…in the height of the mess treating us fairly and professionally as things were unfolding" and specifically saying "thank you for keeping us safe and not hitting us with less lethal." A true and correct copy of the entire text message I received from Alex Stone is attached hereto as **Exhibit B.**

5. I also watched a KCAL 9 News segment in which a reporter reported live on air from outside City Hall on June 9, 2025 at approximately 6:10p.m. that "[LAPD] have been good to just try to get us media out of the way safely, and they warn us…if we need to fire off these rubber bullets, we will at the protestors…" A true and correct copy of the relevant portion of that broadcast is attached hereto as **Exhibit C.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of August, 2025, in Los Angeles, California.

_____
Jennifer Forkish