# EXHIBIT B

Alex Stone



Jen and Chief – Just want to say a thank you to your teams last night in the height of the mess treating us fairly and professionally as things were unfolding. Same all week. I know we can be a pain in the booty to your field teams but they have been fair. And once things calmed down they were all smiles. Anyway thank you for keeping us safe and not hitting us with less lethal. Happy Father's Day to the fathers out there.