HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE, Senior Assistant City Attorney (SBN 115453)**
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7021 / Fax No.: (213) 978-8785
Email: cory.brente@lacity.org

Attorneys for Defendant CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP,<br><br>        Plaintiffs,<br>   vs.<br><br>CITY OF LOS ANGELES, a municipal entity, JIM MCDONNELL, LAPD CHIEF, sued in his official capacity;<br><br>        Defendants. | **CASE NO. 25-CV-05423 HDV-E**<br>Hon. Hernan D. Vera, Crtrm. 5B<br>Magistrate Judge Charles F. Eick, Crtrm. 750<br><br>**DECLARATION OF CORY M. BRENTE AND EXHIBIT IN SUPPORT OF DEFENDANT CITY OF LOS ANGELES'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'S "EX PARTE APPLICATION FOR CONTEMPT; SANCTIONS"**<br><br>**[Filed with Ex Parte Application; [Proposed] Order]** |

## DECLARATION OF CORY M. BRENTE

I, CORY M. BRENTE, declare as follows:

1. I am an attorney at law, duly licensed to practice law in all the courts of the State of California, including the Central District of California. I am a Senior Assistant City Attorney for the City of Los Angeles in the Police Litigation Unit, and I am an attorney of record for Defendant City of Los Angeles in this matter. I have personal knowledge of the information set forth below, except those things set forth on information and belief, and as to those things, I believe them to be true.

2. Attached hereto as Exhibit "A" is a true and correct copy of the Notice from the Chief of Police dated July 15, 2025 that was made available to all sworn members of the Los Angeles Police Department in compliance with the Court's Order on July 10, 2025 granting the Temporary Restraining Order. The dissemination process will be explained in more detail in the City's briefing being filed on August 22, 2025 per the Court's Order dated August 19, 2025.

3. The City needs substantially more time to review all the materials submitted by Plaintiffs and to prepare a thorough and complete response to the Motion for Contempt and request for sanctions. The additional 6 days being allowed by the Court is not a sufficient amount of time for the City to adequately and meaningfully defend itself against the claims being asserted against it.

4. I gave Plaintiffs' counsel, Carol Sobel, notice of this ex parte application and its substance via email on August 20, 2025 and advised that Plaintiffs have 24 hours to respond to the City's ex parte application. Ms. Sobel responded and advised that Plaintiffs will not agree and will oppose the ex parte application. A true and correct copy of my email to Ms. Sobel and reply is attached hereto as Exhibit "B".

I declare under penalty of perjury pursuant to the laws of the United States of America, and the State of California that the foregoing is true and correct.

Executed this 20th day of August 2025 at Los Angeles, California

／s/ *Cory M. Brente*
CORY M. BRENTE, Declarant