

Michael Pan <michael.pan@lacity.org>

## Fwd: Press Club - Ex Parte Application for More Time to Respond to Plaintiffs Ex Parte Application for Contempt and Sanctions and the hearing date of August 25, 2025.

**Cory Brente** <cory.brente@lacity.org>
To: Michael Pan <michael.pan@lacity.org>

Wed, Aug 20, 2025 at 5:24 PM

_____

Cory M. Brente
Senior Assistant City Attorney
Police Litigation Unit
Los Angeles City Attorney's Office
200 N. Main St., 6th Floor
Los Angeles, CA 90012
Phone: (213) 978-7021
Fax: (213) 978-8785
cory.brente@lacity.org

*Serving the Men and Women of the
Los Angeles Police Department*



---------- Forwarded message ---------
From: **Carol Sobel** <carolsobellaw@gmail.com>
Date: Wed, Aug 20, 2025 at 3:18 PM
Subject: Re: Press Club - Ex Parte Application for More Time to Respond to Plaintiffs Ex Parte Application for Contempt and Sanctions and the hearing date of August 25, 2025.
To: Cory Brente <cory.brente@lacity.org>
Cc: Gabriel Dermer <gabriel.dermer@lacity.org>


We will oppose and e will ask the Court to exercise its authority and issue the TRO without the City' response.

On Wed, Aug 20, 2025, 2:36 PM Cory Brente <cory.brente@lacity.org> wrote:

Hi Carol,

I think this might have been covered in your call yesterday with Gabriel and Joe but, out of an abundance of caution, I wanted to provide notice pursuant to LR 7-19 that we will be filing an ex parte application for more time respond to Plaintiffs' "Ex Parte Application for Contempt;Sanctions" and the hearing date of August 25, 2025.'

This ex parte Application will be made on the grounds that the City has not had sufficient time to review all of the exhibits submitted by Plaintiffs in connection with their Ex Parte Application for Contempt; Sanctions and does not have time to review all the materials and provide a meaningful and adequate response to Plaintiffs' Ex Parte Application and the Court's Order of August 19, 2025 which set the hearing date on this matter for August 25, 2025.

I believe that you already indicated to Gabriel and Joe that Plaintiffs' are opposed to an extension of time, but if you wish to discuss the matter further, please let me know.

**DEFT'S EX PARTE
EXHIBIT B, P. 1**

8/20/25, 5:29 PM City of Los Angeles Mail - Fwd: Press Club - Ex Parte Application for More Time to Respond to Plaintiffs Ex Parte Application for Co…

Case 2:25-cv-05423-HDV-E   Document 70-3   Filed 08/20/25   Page 3 of 2   Page ID
#:2140

Pursuant Judge Vera's Local Rules, Plaintiffs will have 24 hours from the filing of the application to file any opposition.

Best,

Cory

_____

**Cory M. Brente**
**Senior Assistant City Attorney**
**Police Litigation Unit**
**Los Angeles City Attorney's Office**
**200 N. Main St., 6th Floor**
**Los Angeles, CA 90012**
**Phone: (213) 978-7021**
**Fax: (213) 978-8785**
cory.brente@lacity.org

*Serving the Men and Women of the*
*Los Angeles Police Department*
LAPD Logo

*****************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege
and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error,
please notify us immediately by e-mail and delete the original message and any attachments without reading or saving
in any manner.
*****************************************************************

*****************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege
and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error, please
notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any
manner.
*****************************************************************

**DEFT'S EX PARTE**
**EXHIBIT B, P. 2**