**EXHIBIT – D**

OFFICE OF THE CHIEF OF POLICE

**N O T I C E**　　　　　　　　　　　　　　　　　　　　　　　　June 22, 2011
14.5

TO:　　　　　All Department Personnel

FROM:　　　Chief of Police

SUBJECT:　　IMPLEMENTATION OF ELECTRONIC ROTATOR ON THE DEPARTMENT'S LOCAL AREA NETWORK WEBSITE FOR DISTRIBUTION OF DEPARTMENT PUBLICATIONS, DIRECTIVES AND NOTICES

In response to the Mayor's Memorandum regarding Extraordinary Spending Controls for Fiscal Year 2010-11 and ongoing cost-saving efforts to address the financial challenges facing the City of Los Angeles, the Department has implemented a paperless distribution system for Department publications that will reduce reproduction and paper costs. Effective immediately, this Notice implements the electronic rotator (e-Rotator) on the Department's Local Area Network (LAN) website for the distribution of Department publications and notices. The e-Rotator link is displayed on the LAN and is located in the right column between the Chief's Message link and Applications link. It is accessible to all Department employees and provides a single source for all recent publications. The hard copy distribution of publications and notices will cease effective July 1, 2011.

Commanding officers (C/Os) shall designate an employee in their command to access the e-Rotator on a regular basis in order to review the publications and disseminate as needed, via hard copy or electronic means. This function would be equivalent to opening and distributing Department mail and hard copy publications.

Although publications requiring confirmation of receipt will be included in the e-Rotator, it does not eliminate the requirement for personnel to complete any related completion of distribution through the Learning Management System (LMS). As LMS is currently unavailable, C/Os should encourage all personnel to access the e-Rotator to be informed of changes in policies and procedures and other information.

Any questions regarding this Notice may be directed to Captain Carol J. Aborn Khoury, Commanding Officer, Planning and Research Division, at (213) 486-0400.

CHARLIE BECK
Chief of Police

DISTRIBUTION "D"