UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-05423-HDV-Ex<br>2:25-cv-05563-HDV-Ex | Date | 08/25/25 |
|---|---|---|---|
| Title | Los Angeles Press Club, et al. v. City of Los Angeles, et al.<br>Los Angeles Press Club et al v. Kristi Noem, et al | | |

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Wendy Hernandez | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Peter Bibring/Adrienna Wong/<br>Jacob Reisberg/Matthew Borden/<br>Kory Declark/Meredit Gallen | Carol Sobel/Kathleen Kenealy/Gabriel Dermen/Denise Mills/Cory Brente/Hasmik Collins/Paul Greer/<br>Sean Skedzielewski |

**Proceedings:** **HEARING ON OSC ON ISSUANCE OF A PRELIMINARY INJUNCTION; REQUEST FOR SANCTIONS** FILED IN CV25-5423-HDV

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [34]** FILED IN CV 25-5563-HDV

The Court, having heard oral argument, takes the matters under submission.

**IT IS SO ORDERED.**

Time: 2/20