UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-05423-HDV-E | Date | August 27, 2025 |
| Title | Los Angeles Press Club et al v. City of Los Angeles et al | | |

Present: The Honorable  Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

Not Present   Not Present

**Proceedings:**   **(IN CHAMBERS) ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

For the reasons stated in the Court's July 10, 2025 order [44], the temporary restraining order is extended for 14 days or until the Court issues a decision on Plaintiffs' Motion for Preliminary Injunction [56].

**IT IS SO ORDERED.**