| | |
|---|---|
| 1 | Carol A Sobel SBN 84483 |
| 2 | Weston Rowland SBN 327599<br>Law Office of Carol A. Sobel |
| 3 | 2632 Wilshire Boulevard, #552<br>Santa Monica, CA 90403 |
| 4 | t. (310) 393-3055 |
| 5 | e. carolsobellaw@gmail.com<br>e. rowland.weston@gmail.com |
| 6 | |
| 7 | David Loy SBN 229235<br>Aaron R. Field SBN 310648 |
| 8 | First Amendment Coalition<br>534 4th St., Suite B |
| 9 | San Rafael, CA 94901 |
| 10 | t. (415) 460-5060<br>e. dloy@firstamendmentcoalition.org |
| 11 | e. afield@firstamendmentcoalition.org |
| 12 | Peter Bibring, SBN 223981 |
| 13 | Law Office of Peter Bibring<br>2140 W. Sunset Blvd. #203 |
| 14 | Los Angeles, CA 90026<br>t. (213) 471-2022 |
| 15 | e. peter@bibringlaw.com |
| 16 | *Attorneys for Plaintiffs*<br>**Additional Counsel Listed On Following Page** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP,<br><br>  Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, JIM McDONNELL, LAPD CHIEF, sued in his official capacity;<br><br>  Defendants. | CASE NO. 2:25-cv-05423-HDV-E<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT TO 30 DAYS** |

**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO
FIRST AMENDED COMPLAINT TO 30 DAYS**

Paul Hoffman, SBN 71244
Michael Seplow, SBN 150183
John Washington, SBN 315991
Schonbrun, Seplow, Harris, Hoffman
& Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, California 90254
t.(310) 396-0731
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. jwashington@sshhlaw.com

Susan E Seager SBN 204824
Law Office of Susan Seager
128 N. Fair Oaks Avenue
Pasadena, CA 91103
t. (310) 890-8991
e. susanseager1999@gmail.com

*Attorneys for Plaintiffs*

HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
200 North Main Street, 6th Floor, City Hall East
gabriel.dermer@lacity.org
Los Angeles, CA 90012
Phone No.: (213) 978-7558
Fax No.: (213) 978-7011

*Attorneys for Defendants,*
**CITY OF LOS ANGELES, et al.**

**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT TO 30 DAYS**

Plaintiffs Los Angles Press Club and Status Coup and Defendants City of Los Angeles and Jim McDonnell, by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs filed their First Amended Complaint on October 6, 2025;

**WHEREAS**, Defendants' current deadline to respond to Plaintiffs' First Amended Complaint is October 20, 2025;

**WHEREAS**, there are allegations in the First Amended Complaint that were not raised in the Plaintiffs' motion for preliminary injunction;

**WHEREAS**, Defendants submit that they need more time to generally investigate the allegations of the First Amended Complaint in order to file a meaningful response to it;

**THEREFORE**, Plaintiffs and Defendants, by and through their respective counsel of record, stipulate and agree that Defendants shall have 30 days to respond to the First Amended Complaint, such that the response date would be November 5, 2025.

**IT IS SO STIPULATED.**

Dated: August 7, 2025         Respectfully Submitted,
                              Law Office of Peter Bibring

                              By:  /s/
                                   PETER BIBRING
                                   Attorneys for Plaintiffs

Dated: August 7, 2025         HYDEE FELDSTEIN SOTO, City Attorney
                              DENISE C. MILLS, Chief Deputy City Attorney
                              KATHLEEN KENEALY, Chief Assistant City Attorney
                              GABRIEL S. DERMER, Assistant City Attorney

                              By:  /s/
                                   Gabriel S. Dermer, Assistant City Attorney
                                   Attorneys for Defendants

1

**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT TO 30 DAYS**

1
2
3      Pursuant to L.R. 5-4.3.4, the filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT TO 30 DAYS**