# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF | CENTRAL DISTRICT OF CALIFONIA |

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 25-cv-05423-HDV-E |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 6/16/25 |

Date of judgment or order you are appealing: | 9/10/25 |

Docket entry number of judgment or order you are appealing: | 83 |

**Fee paid for appeal?** *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

| City of Los Angeles and Jim McDonnell |

Is this a cross-appeal?    ○ Yes    ◉ No

If yes, what is the first appeal case number? | |

Was there a previous appeal in this case?    ○ Yes    ◉ No

If yes, what is the prior appeal case number? | |

Your mailing address (if pro se):

| |

| |

City: | |    State: | |    Zip Code: | |

Prisoner Inmate or A Number (if applicable): | |

**Signature** | /s/ Shaun Dabby Jacobs |    **Date** | 10/6/25 |

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                                    Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| City of Los Angeles and Jim McDonnell |

Name(s) of counsel (if any):

| |
|---|
| Shaun Dabby Jacobs and Sara Ugaz |

Address: 200 N. Spring Street, 14th Floor, Los Angeles, CA 90012

Telephone number(s): (213)978-2704; 213-978-2216

Email(s): shaun.jacobs@lacity.org; sara.ugaz@lacity.org

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Los Angeles Press Club and Status Coup |

Name(s) of counsel (if any):

| |
|---|
| Carol A. Sobel, Aaron Field, John David Loy, John Clay Washington, Michael D. Seplow, Paul L. Hoffman, Peter Bibring, Susan E. Seager and Weston C. Rowland |

Address: See Attachment A

Telephone number(s): See Attachment A

Email(s): See Attachment A

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                                     1                                     *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                        2                                        New 12/01/2018

# ATTACHMENT A

APPELLEE(S) COUNSEL INFORMATION
Re: Form 1. Notice of Appeal from a Judgment or Order of a U.S. District Court

| | |
|---|---|
| Carol A. Sobel, Esq.<br>Weston C. Rowland, Esq.<br>Law Office of Carol Sobel<br>2632 Wilshire Blvd. No. 552<br>Santa Monica, CA 90403<br>310-393-3055<br>carolsobellaw@gmail.com<br>rowland.weston@gmail.com | Aaron Field, Esq.<br>John David Loy, Esq.<br>534 Fourth Street, Suite B<br>San Rafael, CA 94901<br>415-460-5060<br>afield@firstamendmentcoalition.org<br>dloy@firstamendmentcoalition.org |
| John Clay Washington, Esq.<br>Michael D. Seplow, Esq.<br>Paul Hoffman, Esq.<br>Schonbrun Seplow Harris Hoffman and Zeldes, LLP<br>200 Pier Avenue, Suite 226<br>Hermosa Beach, CA 90254<br>310-717-7373<br>jwashington@sshhzlaw.com<br>mseplow@sshhzlaw.com<br>hoffpaul@aol.com | Peter Bibring, Esq.<br>Law Office of Peter Bibring<br>22010 W. Sunset Blvd., Suite 203<br>Los Angeles, CA 90026<br>213-471-2022<br>peter@bibringlaw.com |
| Susan E. Seager, Esq.<br>Law Office of Susan E. Seager<br>128 N. Fair Oaks Ave.,<br>Pasadena, CA 91103<br>310-890-8991<br>susanseager1999@gmail.com | |