# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 17. Statement of Related Cases Pursuant to Circuit Rule 28-2.6

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form17instructions.pdf

**9th Cir. Case Number(s)** | 25-cv-05423-HDV-E and 25-5975

The undersigned attorney or self-represented party states the following:

○ I am unaware of any related cases currently pending in this court.

○ I am unaware of any related cases currently pending in this court other than the case(s) identified in the initial brief(s) filed by the other party or parties.

⦿ I am aware of one or more related cases currently pending in this court. The case number and name of each related case and its relationship to this case are:

> See Attachment A.

**Signature** | /s/ Shaun Dabby Jacobs      **Date** | 10/6/25

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 17**                                                                 *New 12/01/2018*

ATTACHMENT A
Form 17. Statement of Related Cases
Re: *L.A. Press Club and Status Coup v. City of Los Angeles and Jim McDonnell*

This case is related to *Los Angeles Press Club, et al. v. Kristi Noem, et al.*, Ninth Cir. Case No. 25-5975, appeal filed on 9/19/2025. The Honorable Hernán D. Vera related the two cases in the Central District of California. See dockets for *Los Angeles Press Club et al. v. City of Los Angeles, et al.* 25-cv-05423-HDV-E and *Los Angeles Press Club et al. v. Kristi Noem, et al.,* 25-cv-05563-HDV-E. Both cases arise out of the same legal issues and also cover actions taken on the same dates: whether law enforcement's use of crowd control weapons and alleged treatment of the press during the summer of 2025 violated the First Amendment rights of the press and whether LA Press Club is entitled to the preliminary relief it received regarding treatment of the press, including restricting law enforcement's use of crowd control weapons.

LA Press Club alleges that the Department of Homeland Security (DHS) targeted journalists as they covered the federal government's immigration enforcement actions and that the Los Angeles Police Department (LAPD) targeted journalists as they covered the protests against those enforcement actions in the City of Los Angeles. LA Press Club alleges that the actions of the DHS and the LAPD violated the First Amendment by denying the press access to newsworthy events and retaliated against the press for engaging in protected activities.

LA Press Club moved for a preliminary injunction to prevent DHS and the LAPD from limiting or interfering with press access and restricting the use of crowd control weapons. The District Court heard the motions at the same hearing and granted LA Press Club the relief it sought. See, Dkt. # 55 in C.D.Cal. Case No. 25-cv-05563-HDV-E and Dkt. # 83 in C.D.Cal. Case No. 25-cv-05423-HDV-E.