Name & Address:
RICHARD T. EGGER, Bar No. 162581
A. PATRICIA URSEA, Bar No. 221637
ZACHARY SCALZO, Bar No. 305065
BEST BEST & KRIEGER LLP
2855 E. Guasti Road, Suite 400
Ontario, California  91761

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP <br><br> PLAINTIFF(S) <br> v. <br> CITY OF LOS ANGELES, a municipal entity, JIM MCDONNELL, LAPD CHIEF, sued in his official capacity <br><br> DEFENDANT(S). | CASE NUMBER: <br> 2:25-cv-05423-HDV-E <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☒ Filed  ☐ Lodged: (**List Documents**)

Exhibit A to Declaration of Lieutenant Joseph Dunster in Support of Defendants' Ex Parte Application for Stay of the September 10, 2025 Preliminary Injunction Pending Appeal; A true and correct excerpt of the body worn video of Sgt. Amanda Lankford (SN 40423) [15:45:24 - 15:47:17]

Exhibit B to Declaration of Lieutenant Joseph Dunster in Support of Defendants' Ex Parte Application for Stay of the September 10, 2025 Preliminary Injunction Pending Appeal; A true and correct excerpt of the body worn video of Sgt. Cesar Larios (SN 36641)  [20:12:00 - 20:12:35]

**Reason:**

☐ Under Seal
☐ In Camera
☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

October 15, 2025
Date

*(signed)* A. Patricia Ursea
Attorney Name
A. Patricia Ursea

Party Represented
CITY OF LOS ANGELES; JIM MCDONNELL

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                     **NOTICE OF MANUAL FILING OR LODGING**