HYDEE FELDSTEIN SOTO, City Attorney (Bar No. 106866)
DENISE C. MILLS, Chief Deputy City Attorney (Bar No.191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER, Assistant City Attorney (Bar No. 229424)
OFFICE OF THE CITY ATTORNEY OF LOS ANGELES
200 North Main Street, 6th Fl., City Hall East
Los Angeles, California 90012
Telephone: (213) 978-7558
Facsimile: (213) 978-7011

RICHARD T. EGGER, Bar No. 162581
richard.egger@bbklaw.com
A. PATRICIA URSEA, Bar No. 221637
patricia.ursea@bbklaw.com
ZACHARY SCALZO, Bar No. 305065
zachary.scalzo@bbklaw.com
BEST BEST & KRIEGER LLP
2855 E. Guasti Road, Suite 400
Ontario, California 91761
Telephone: (909) 989-8584
Facsimile: (909) 944-1441

Attorneys for Defendants
CITY OF LOS ANGELES; JIM MCDONNELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, JIM MCDONNELL, LAPD CHIEF, sued in his official capacity;<br>Defendants. | Case No. 2:25-cv-05423-HDV-E<br>Assigned to: Judge Hernan D. Vera<br><br>**NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION FOR STAY OF THE SEPTEMBER 10, 2025 PRELIMINARY INJUNCTION PENDING APPEAL**<br><br>Action Filed: June 16, 2025 |

# WITHDRAWAL OF EX PARTE APPLICATION

TO THE HONORABLE COURT, THE PARTIES, AND COUNSEL OF RECORD:

On October 15, 2025, Defendants City of Los Angeles and Jim McDonnell, in his official capacity, filed an Ex Parte Application for Stay of the September 10, 2025 Preliminary Injunction Pending Appeal. Defendants hereby WITHDRAW the Application.

Dated: October 17, 2025

BEST BEST & KRIEGER LLP

By: /s/ A. Patricia Ursea
RICHARD T. EGGER
A. PATRICIA URSEA
ZACHARY SCALZO
Attorneys for Defendants
CITY OF LOS ANGELES; JIM MCDONNELL