UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LINK 97

LOS ANGELES PRESS CLUB, et al.

Plaintiff(s)

v.

CITY OF LOS ANGELES, et al.

Defendant(s)

CASE NUMBER
2:25-cv-05423-HDV-E

(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

☒ The Court hereby orders that the request of:
CITY OF LOS ANGELES;
JIM MCDONNELL

☐ Plaintiff ☒ Defendants ☐ Other

*Name of Party*

☒ to substitute    Richard Egger (162581), A. Patricia Ursea (221637) and Zachary Scalzo (305065) - Best Best & Krieger LLP    who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

2855 E. Guasti Road, Suite 400

*Street Address*

Ontario, CA 91761

richard.egger@bbklaw.com;
patricia.ursea@bbklaw.com;
zachary.scalzo@bbklaw.com

*City, State, Zip*                              *E-Mail Address*

(909) 989-8584            (909) 944-1441            See above
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of Brian S. Ginter; Charles E. Slyngstad

List **all** attorneys from same firm or agency who are withdrawing.

Burke Williams and Sorensen, LLP

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of Brian S. Ginter; Charles E. Slyngstad

List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for CITY OF LOSANGELES; JIM MCDONNELL

**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  10/20/25

*[signature]*

U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY