| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Hydee Feldstein Soto, City Attorney<br>Denise C. Mills, Chief Deputy City Attorney (SBN 191992)<br>Kathleen Kenealy, Chief Assistant City Attorney (SBN 212289)<br>Gabriel S. Dermer, Assistant City Attorney (SBN 229424)<br>200 North Main Street, Room 675<br>Los Angeles, CA 90012 | |

ATTORNEY(S) FOR: Defendants City of Los Angeles, Jim McDonnell

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| LOS ANGELES PRESS CLUB, STATUS COUP<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF LOS ANGELES, JIM McDONNELL<br><br>Defendant(s) | CASE NUMBER:<br><br>25-cv-05423 HDV-E<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendants City of Los Angeles and Jim McDonnell_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| City of Los Angeles | Defendant |
| Jim McDonnell | Defendant |

November 6, 2025                    /s/ Gabriel S. Dermer
Date                                          Signature

Attorney of record for (or name of party appearing in pro per):