# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB, ET AL.<br><br>Plaintiff(s)<br>v.<br>CITY OF LOS ANGELES; JIM MCDONNELL, ET AL.<br><br>Defendant(s) | CASE NUMBER<br>2:25-cv-05423-HDV-E<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

☐ The Court hereby orders that the request of:

_____  ☐ Plaintiff  ☐ Defendant  ☐ Other  _____
*Name of Party*

☐ to substitute  _____  who is

☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

_____
*Street Address*

_____        _____
*City, State, Zip*                                *E-Mail Address*

_____    _____    _____
*Telephone Number*        *Fax Number*            *State Bar Number*

as attorney of record instead of  _____
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of  Richard Egger, A. Patricia Ursea, Zachary Scalzo
*List **all** attorneys from same firm or agency who are withdrawing.*

No new counsel is necessary; Defendants will continue to be represented by the Los Angeles City Attorney's Office

to withdraw as attorney of record for  City of Los Angeles; Jim McDonnell (Chief of Police, named in official capacity)

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: November 25, 2025                    *[signature]*
                                            U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)        (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

_____          _____