Carol A Sobel SBN 84483
Weston Rowland SBN 327599
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
t. (310) 393-3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

David Loy SBN 229235
Aaron R. Field SBN 310648
First Amendment Coalition
534 4th St., Suite B
San Rafael, CA 94901
t. (415) 460-5060
e. dloy@firstamendmentcoalition.org
e. afield@firstamendmentcoalition.org

Peter Bibring, SBN 223981
Law Office of Peter Bibring
2140 W. Sunset Blvd. #203
Los Angeles, CA 90026
t. (213) 471-2022
e. peter@bibringlaw.com

Paul Hoffman, SBN 71244
Michael Seplow, SBN 150183
John Washington, SBN 315991
Schonbrun, Seplow, Harris,
Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, California 90254
t.(310) 396-0731
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. jwashington@sshhlaw.com

Susan E Seager SBN 204824
Law Office of Susan Seager
128 N. Fair Oaks Avenue
Pasadena, CA 91103
t. (310) 890-8991
e. susanseager1999@gmail.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, JIM McDONNELL, LAPD CHIEF, sued in his official capacity;<br><br>DEFENDANTS. | Case No. 25-cv-05423 HDV-E<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>Hon. Hernán D. Vera<br><br>Date:  N/A<br>Ctrm:  5B Hon. Hernán Vera |

Plaintiffs Los Angles Press Club and Status Coup and Defendants City of Los Angeles and Jim McDonnell, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the Court has set a Scheduling Conference in the present case for August 4, 2026, at 10 a.m. (Dkt. No. 113), which would require the parties to hold a conference of counsel pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, to provide initial disclosures pursuant to Rule 26(a), and to discuss and submit a discovery plan, and at which the Court would issue a scheduling order setting a timetable for discovery;

WHEREAS, the City filed an appeal from this Court's issuance of a preliminary injunction on October 7, 2025 (Dkt. No. 89);

WHEREAS, the parties on December 5, 2025, filed a joint motion with the Ninth Circuit Court of Appeals to stay the City's appeal pending mediation of the case (9th Cir. Dkt. No. 25), which the Ninth Circuit granted on December 8, 2025 (9th Cir. Dkt. No. 28);

WHEREAS the parties have been engaged in mediation through the Ninth Circuit Mediation Office since January 7, 2026, and the Ninth Circuit has stayed the appeal from the preliminary injunction in this case to allow the mediation to continue;

WHEREAS the Court has continued the scheduling conference in this case twice previously, from May 19, 2026, to June 23, 2026 (Dkt. No. 112), and from June 23, 2026, to Aug. 4, 2026 (Dkt. No. 113);

WHEREAS the parties remain committed to working in good faith to resolve the matter through mediation before the Ninth Circuit Mediation Office, are working on finalizing language for a permanent injunction that would resolve the case, and believe that further postponing the Scheduling Conference by 30 days, along with associated deadlines under Rule 26 and the commencement of discovery, would be more efficient and conducive to continuing mediation;

1

STIPULATION TO CONTINUE SCHEDULING CONFERENCE

THEREFORE, Plaintiffs and Defendants, by and through their respective counsel of record, stipulate and jointly request that the Court continue the Scheduling Conference presently set for August 4, 2026, by at least 30 days, to September 8, 2026, or a date thereafter at the convenience of the Court.

IT IS SO STIPULATED.

Dated: July 21, 2026          Respectfully Submitted,

Law Office of Carol Sobel
First Amendment Coalition
Law Office of Peter Bibring
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
Law Office of Susan Seager

By:   /s/ Peter Bibring
      PETER BIBRING
      Attorneys for Plaintiffs

Dated: July 21, 2026          HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney

By:   /s/ Gabriel S. Dermer
      Gabriel S. Dermer, Assistant City Attorney
      Attorneys for Defendants

Pursuant to L.R. 5-4.3.4, the filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2

STIPULATION TO CONTINUE SCHEDULING CONFERENCE