# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP, <br><br> PLAINTIFFS, <br><br> v. <br> CITY OF LOS ANGELES, a municipal entity, JIM McDONNELL, LAPD CHIEF, sued in his official capacity; <br><br> DEFENDANTS. | Case No. 25-cv-05423 HDV-E <br><br> **ORDER CONTINUING SCHEDULING CONFERENCE** <br><br> Hon. Hernán D. Vera |

Upon the stipulation and joint request of the parties, and good cause appearing, the Scheduling Conference present set for August 4, 2026, at 10 a.m. (Dkt. No. 113) is **continued to September 8, 2026, at 10 a.m.**

IT IS SO ORDERED.

Dated: July 22, 2026

_____
HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

1

ORDER CONTINUING SCHEDULING CONFERENCE