Carol A Sobel SBN 84483
Weston Rowland SBN 327599
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
t. (310) 393-3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

David Loy SBN 229235
Aaron R. Field SBN 310648
First Amendment Coalition
534 4th St., Suite B
San Rafael, CA 94901
t. (415) 460-5060
e. dloy@firstamendmentcoalition.org
e. afield@firstamendmentcoalition.org

Peter Bibring, SBN 223981
Law Office of Peter Bibring
2140 W. Sunset Blvd. #203
Los Angeles, CA 90026
t. (213) 471-2022
e. peter@bibringlaw.com

Paul Hoffman, SBN 71244
Michael Seplow, SBN 150183
John Washington, SBN 315991
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, California 90254
t.(310) 396-0731
e. hoffpaul@aol.com
e. mseplow@sshhzlaw.com
e. jwashington@sshhlaw.com

Susan E Seager SBN 204824
Law Office of Susan Seager
128 N. Fair Oaks Avenue
Pasadena, CA 91103
t. (310) 890-8991
e. susanseager1999@gmail.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LOS ANGELES PRESS CLUB, STATUS COUP,

PLAINTIFFS,

v.

CITY OF LOS ANGELES, a municipal entity, JIM McDONNELL, LAPD CHIEF, sued in his official capacity;

DEFENDANTS.

Case No. 25-cv-05423 HDV-E

**STIPULATION AND PROPOSED ORDER TO CONVERT SCHEDULING CONFERENCE TO STATUS CONFERENCE**

Hon. Hernán D. Vera

Date: N/A
Ctrm: 5B Hon. Hernán Vera

Plaintiffs Los Angles Press Club and Status Coup and Defendants City of Los Angeles and Jim McDonnell, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the Court has set a Scheduling Conference in the present case for September 8, 2026, at 10 a.m. (Dkt. No. 115), which would require the parties to hold a conference of counsel pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, to provide initial disclosures pursuant to Rule 26(a), and to discuss and submit a discovery plan, and at which the Court would issue a scheduling order setting a timetable for discovery;

WHEREAS the parties have been engaged in mediation through the Ninth Circuit Mediation Office since January 7, 2026, and the Ninth Circuit has stayed the appeal from the preliminary injunction in this case to allow the mediation to continue;

WHEREAS the parties have reached an agreement as to the terms of a proposed injunction that would resolve the case, and are attempting to resolve the issue of attorneys fees;

WHEREAS the Court has continued the scheduling conference in this case three times previously, from May 19 to June 23, 2026 (Dkt. No. 112), from June 23 to August 4, 2026 (Dkt. No. 113), and from August 4 to September 8, 2026 (Dkt. No. 115);

THEREFORE, Plaintiffs and Defendants, by and through their respective counsel of record, stipulate and jointly request that the Court convert the Scheduling Conference presently set for September 8, 2026, to a status conference regarding the status of settlement and ongoing discussion of attorneys' fees, or in the alternative

\\\

\\\

\\\

\\\

continue the Scheduling Conference for 30 dates or a date thereafter at the convenience of the Court.

IT IS SO STIPULATED.

Dated: August 26, 2026

Respectfully Submitted,

Law Office of Carol Sobel
First Amendment Coalition
Law Office of Peter Bibring
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
Law Office of Susan Seager

By: /s/ Peter Bibring
PETER BIBRING
Attorneys for Plaintiffs

Dated: August 26, 2026

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney

By: /s/ Gabriel S. Dermer
Gabriel S. Dermer, Assistant City Attorney
Attorneys for Defendants

Pursuant to L.R. 5-4.3.4, the filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.