**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LOS ANGELES PRESS CLUB, STATUS COUP,

PLAINTIFFS,

v.

CITY OF LOS ANGELES, a municipal entity, JIM McDONNELL, LAPD CHIEF, sued in his official capacity;

DEFENDANTS.

Case No. 25-cv-05423 HDV-E

**[Proposed] ORDER CONTINUING SCHEDULING CONFERENCE AND SETTING STATUS CONFERENCE**

Hon. Hernán D. Vera

Upon the stipulation and joint request of the parties, and good cause appearing, the Scheduling Conference present set for September 8, 2026, at 10 a.m. (Dkt. No. 115) is continued. The Court will instead hold a status conference re settlement at September 8, 2026, at 10 a.m.

IT IS SO ORDERED.

Dated:

____________________________________________

HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE